

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

v.

D-1 OLEE WONZO ROBINSON,

              Defendant.

_____/

NO. 93-CR-50028

HON. PAUL V. GADOLA
United States District Judge



FEB 2 1 2003

U.S. DISTRICT COURT
FLINT, MICHIGAN

**ATTACHMENTS 1-3**
**TO GOVERNMENT'S ANSWER AND BRIEF IN RESPONSE TO**
**MOTION FOR A NEW TRIAL, TO COMPEL DISCOVERY, AND TO TRANSFER**

**Inconsistent**
**Page**
**Numbering**

## INDEX OF ATTACHMENTS

| ATTACHMENT NO. | DOCUMENT |
| --- | --- |
| 1 | Third Superseding Indictment |
| 2 | Docket Sheet |
| 3 | Gov't Letter to U.S. Probation dtd 2-1-94 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Nov 5   10 50 AM '93

UNITED STATES OF AMERICA,

    Plaintiff,

        CRIMINAL NO. 93-CR-50028

v.

STEWART A. NEWBLATT

D-1 OLEE WONZO ROBINSON,
   a/k/a Olee Wonzo,
   a/k/a Wonzo Robinson,
D-2 MICHELLE WEST,
D-3 CYNTHIA HORRY, and
D-4 SHAWN EUGENE WIMBERLY,

    Defendants.

_____/

THIRD
SUPERSEDING
INDICTMENT

THE GRAND JURY CHARGES:

COUNT ONE

(Continuing Criminal Enterprise)
(21 U.S.C. §848)

D-1 Olee Wonzo Robinson

That from about 1987 until May 1993, in the Eastern District of Michigan and elsewhere, OLEE WONZO ROBINSON, a/k/a Olee Wonzo, a/k/a Wonzo Robinson, defendant herein, unlawfully, wilfully, and knowingly did engage in a continuing criminal enterprise in that he unlawfully, wilfully and knowingly did violate Title 21, United States Code, Section 846, as alleged in Count Two of this Second Superseding Indictment, which violation was part of and constituted a continuing series of violations of Subchapter I of Chapter 13 of Public Law 91-513, Title II, 21, U.S.C. 801 et seq., undertaken by OLEE WONZO ROBINSON, a/k/a Olee Wonzo, a/k/a Wonzo Robinson, in concert with at least five other persons with respect to whom OLEE

ATTACHMENT NO. 1

WONZO ROBINSON, a/k/a Olee Wonzo, a/k/a Wonzo Robinson, occupied a position as organizer, supervisor, and manager, and from which continuing series of violations, OLEE WONZO ROBINSON, a/k/a Olee Wonzo, a/k/a Wonzo Robinson, obtained substantial income and resources; all in violation of Title 21, United States Code, Section 848.

## COUNT TWO

(Conspiracy to Distribute Controlled Substances)
(21 U.S.C. §§841(a)(1), 841(b)(1)(A) and 846)

D-1 Olee Wonzo Robinson
D-2 Michelle West
D-3 Cynthia Horry
D-4 Shawn Eugene Wimberly

That from approximately 1987 until May 1993, in the Eastern District of Michigan and elsewhere, OLEE WONZO ROBINSON, a/k/a Olee Wonzo, a/k/a Wonzo Robinson, MICHELLE WEST, CYNTHIA HORRY, and SHAWN EUGENE WIMBERLY, defendants herein, did knowingly, intentionally and wilfully conspire, combine, confederate and agree with each other and other persons to distribute cocaine, a Schedule II controlled substance.

In furtherance of this conspiracy, OLEE WONZO ROBINSON and MICHELLE WEST organized the distribution of hundreds of kilograms of cocaine in the Eastern District of Michigan and elsewhere. OLEE WONZO ROBINSON and MICHELLE WEST created or used companies to give the appearance of legitimacy to their organization, including, but not limited to, Nightingale, Hart, Goldberg and Associates, Universal Auto Leasing, Detroit Automotive, D & C Development,

2

M & M Mortgage and Associates, Creative Automotive, Detroit Auto Leasing, Budget Replacement Rent A Car, Nightingale Corporation, Town & Country Auto World, Rollins & Associates, First Chicago Home Equity Finance, Leasing Unlimited, Inc., and Automobile Seekers of America.  CYNTHIA HORRY and SHAWN EUGENE WIMBERLY assisted in the acquisition of cocaine for distribution by members of the conspiracy.

In furtherance of the conspiracy, various financial institutions and other organizations were provided with false statements, including false employment, earnings, and identifying information, from the purported companies created or used by members of the conspiracy, partially listed above.  These false statements were provided by and for members of the conspiracy and other narcotics traffickers to acquire expensive motor vehicles, homes and other items on credit, thereby concealing the illegal source of these traffickers' income.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

3

## COUNT THREE

(Drug Related Murder)
(21 U.S.C. §848(e)(1)(A))
(Aiding and Abetting)
(18 U.S.C. §2)

D-1 Olee Wonzo Robinson
D-2 Michelle West
D-3 Cynthia Horry

1.   The Grand Jury realleges Counts One and Two of this Second Superseding Indictment as though fully set forth here.

2.   On or about June 23, 1989, in the Eastern District of Michigan, OLEE WONZO ROBINSON, a/k/a Olee Wonzo, a/k/a Wonzo Robinson, while engaging in and working in furtherance of a Continuing Criminal Enterprise and while engaging in a Conspiracy to Distribute over 5 kilograms of Cocaine, offenses punishable under Title 21, United States Code, Sections 848 and 841(b)(1)(A), and MICHELLE WEST and CYNTHIA HORRY, defendants herein, while engaging in a Conspiracy to Distribute over 5 kilograms of Cocaine, an offense punishable under Title 21, United States Code, Section 841 (b)(1)(A), counseled, commanded, induced, procured and caused the intentional killing of Sherman Adam Christian, and such killing resulted, and did aid and abet each other in doing so;

In violation of Title 21, United States Code, Section 848(e)(1)(A) and Title 18, United States Code, Section 2.

## COUNT FOUR

(Felon in Possession of Firearms)
(18 U.S.C. §922(g))

D-1 Olee Wonzo Robinson

4

That on or about March 22-31, 1988, in the Eastern District of Michigan, OLEE WONZO ROBINSON, a/k/a Olee Wonzo, a/k/a Wonzo Robinson, defendant herein, having been convicted in 1987 in the United States District Court for the Eastern District of Michigan of Fraudulent Concealment of Bankruptcy Assets, a crime punishable by federal law for a term exceeding one year, knowingly did possess six firearms, to wit:

1.   A 9mm Uzi,

2.   A Smith & Wesson, Model 13, .357 Magnum Revolver,

3.   A Smith & Wesson, Model 19, .357 Magnum Revolver,

4.   A Smith & Wesson, Model 36, 5-Shot Revolver,

5.   A Plainfield, .30 Caliber Carbine, and

6.   A Harrington and Richardson, Model Topper 88, 12-Gauge Shotgun;

in and affecting commerce; all in violation of Section 18, United States Code, Section 922(g).


## COUNT FIVE

(False Statements to Institution with Deposits Insured by the Federal Deposit Insurance Corporation)
(18 U.S.C. §1014)

### D-2 Michelle West

That on or about May 5, 1989, in the Eastern District of Michigan, MICHELLE WEST, defendant herein, did knowingly make false material statements in a loan application for the purchase of a 1989 Honda to the First National Bank of Mt. Clemens, Mt. Clemens, Michigan, the accounts of said bank being insured by the Federal

5

Deposit Insurance Corporation, for the purpose of influencing the action of said bank, to wit:  false employment information, including false earning statements and false income tax returns; in violation of Title 18, United States Code, Section 1014.

<u>COUNT SIX</u>

(Laundering of Monetary Instruments)
(18 U.S.C. §1956)

D-2 Michelle West

That from June 1989 until March 1990, in the Eastern District of Michigan and elsewhere, MICHELLE WEST, defendant herein, conducted a financial transaction affecting interstate commerce with the proceeds of specified unlawful activity, that is, the proceeds of narcotics distribution in violation of Title 21, United States Code, Sections 841(a)(1) and 846; fraudulent loan applications to insured institutions in violation of Title 18, United States Code, Section 1014; mail fraud in violation of Title 18, United States Code, Section 1341; and wire fraud in violation of Title 18, United States Code, Section 1343, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity and knowing that the transactions were designed to conceal and disguise the nature, location, source, ownership, and control of said proceeds, to wit: making payments totaling approximately $2,514.40 towards the purchase of a 1989 Honda; in violation of Title 18, United States Code, Sections 1956.

6

## COUNT SEVEN

(False Statements to Institution with Deposits Insured
by the Federal Deposit Insurance Corporation)
(18 U.S.C. §1014)

D-1 Olee Wonzo Robinson

That on or about July 26, 1988, in the Eastern District of Michigan and elsewhere, OLEE WONZO ROBINSON, defendant herein, for the purpose of influencing the action of the Marine Midland Bank, Buffalo, New York, the accounts of said bank being insured by the Federal Deposit Insurance Corporation, did knowingly make false material statements in a loan application for the purchase of a 1988 Porsche, to wit:  false employment information and false earning statements; in violation of Title 18, United States Code, Section 1014.

## COUNT EIGHT

(Wire Fraud)
(18 U.S.C. §1343)

D-3 Cynthia Horry

That on or about May 26, 1989, in the Eastern District of Michigan and elsewhere, CYNTHIA HORRY, defendant herein, having devised a scheme and artifice to defraud Village BMW, Dayton, Ohio, did cause to be wired in interstate commerce various writings, to wit:  a lease application for a 1989 BMW with false employment information, along with a false W-2, for the purpose of executing such scheme and artifice to defraud; in violation of Title 18, United States Code, Section 1343.

7

COUNT NINE

(Laundering of Monetary Instruments and Aiding and Abetting)
(18 U.S.C. §§1956 and 2)

D-1 Olee Wonzo Robinson

That on or about November 15, 1990, in the Eastern District of Michigan, OLEE WONZO ROBINSON, defendant herein, did aid, abet, counsel, command, induce, and procure the conduct of a financial transaction affecting interstate commerce with the proceeds of specified unlawful activity, that is, the proceeds of narcotics distribution in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846; fraudulent loan applications with insured institutions in violation of Title 18, United States Code, Section 1014; mail fraud in violation of Title 18, United States Code, Section 1341; and wire fraud in violation of Title 18, United States Code, Section 1343, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, with the intent to promote the carrying on of said specified unlawful activities and knowing that the transaction was designed to conceal and disguise the nature, location, source, ownership, and control of the said proceeds, to wit:  making a downpayment of $80,194.54 on a Cessna Airplane; in violation of Title 18, United States Code, Sections 1956 and 2.

8

## COUNT TEN

(Laundering of Monetary Instruments and Aiding and Abetting)
(18 U.S.C. §§1956 and 2)

D-1 Olee Wonzo Robinson

That on or about August 15, 1991, in the Eastern District of Michigan, OLEE WONZO ROBINSON, defendant herein, did aid, abet, counsel, command, induce, and procure the conduct of a financial transaction affecting interstate commerce with the proceeds of specified unlawful activity, that is, the proceeds of narcotics distribution in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846; fraudulent loan applications with insured institutions in violation of Title 18, United States Code, Section 1014; mail fraud in violation of Title 18, United States Code, Section 1341; and wire fraud in violation of Title 18, United States Code, Section 1343, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity and knowing that the transaction was designed to conceal and disguise the nature, location, source, ownership, and control of the said proceeds, to wit:  making a payment of $42,567.00 on a 1991 Range Rover; in violation of Title 18, United States Code, Sections 1956 and 2.

<u>COUNT ELEVEN</u>

(Structuring Financial Transactions to
Avoid Currency Transaction Reports)
(31 U.S.C. §5324(3))
Aiding and Abetting
(18 U.S.C. §2)

D-1 Olee Wonzo Robinson

At all times relevant to the charges in this indictment, a Currency Transaction Report (Internal Revenue Service Form 4789) was required to be filed with the Internal Revenue Service for each transaction involving currency in excess of $10,000.00 with any financial institution, including deposits, withdrawals, exchanges of currency, purchases of cashier's checks or money orders, payments, or transfers by, through, or to such financial institution, reflecting the identity of both the person who conducted the transaction and the person for whom the transaction was conducted.

On or about August 15, 1991, in the Eastern District of Michigan, defendant OLEE WONZO ROBINSON did aid, abet, counsel, command, induce and procure the knowing and willful structuring of financial transactions with one or more domestic financial institutions for the purpose of evading the reporting requirements of 31 U.S.C. §5313(a), and the regulations promulgated thereunder.

This "structuring" entailed the purchase of five cashier's checks with currency--two cashier's checks purchased from Peoples State Bank, Hamtramck, Michigan, on August 15, 1991 for $10,000 each; one cashier's check purchased from First Independence National Bank, Detroit, Michigan, on August 15, 1991 for $10,000;

one cashier's check purchased from National Bank of Detroit, Detroit, Michigan on August 15, 1991 for $5,000; and one cashier's check purchased from First of America, Detroit, Michigan, on August 15, 1991 for $5,000.  Each purchase of a cashier's check was made with $10,000 or less in currency in order to dissuade the financial institution from filing Currency Transaction Reports; in violation of Title 31, United States Code, Section 5324(3) and Title 18, United States Code, Section 2.

## COUNT TWELVE

(Possession with Intent to Distribute Cocaine)
(21 U.S.C. §§841(a)(1))

D-4 Shawn Eugene Wimberly

That on or about February 17, 1993, in the Eastern District of Michigan, SHAWN EUGENE WIMBERLY, defendant herein, did knowingly, intentionally, and unlawfully possess with intent to distribute cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTEEN

(Distribution of Cocaine)
(21 U.S.C. §§841(a)(1))
(Aiding and Abetting)
(18 U.S.C. §2)

D-1 Olee Wonzo Robinson
D-4 Shawn Eugene Wimberly

That on or about March 1-2, 1993, in the Eastern District of Michigan and elsewhere, SHAWN EUGENE WIMBERLY, aided, abetted,

11

counseled, commanded, induced and procured by OLEE WONZO ROBINSON, defendants herein, did knowingly, intentionally, and unlawfully distribute cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOURTEEN

(Felon in Possession of Firearms)
(18 U.S.C. §922(g))

D-1 Olee Wonzo Robinson

That on or about May 3, 1993, in the Eastern District of Michigan, OLEE WONZO ROBINSON, a/k/a Olee Wonzo, a/k/a Wonzo Robinson, defendant herein, having been convicted in 1987 in the United States District Court for the Eastern District of Michigan of Fraudulent Concealment of Bankruptcy Assets, a crime punishable by federal law for a term exceeding one year, knowingly did possess three firearms, to wit:

1. An Amadeo-Rossi .38 Caliber Revolver,

2. A Mossberg, 12-Gauge Shotgun, and

3. Another Mossberg, 12-Gauge Shotgun;

in and affecting commerce; in violation of Section 18, United

States Code, Section 922(g).

THIS IS A TRUE BILL.

Dated: 11-5-93

FOREPERSON   *Janet J. Suly*

ALAN GERSHEL
UNITED STATES ATTORNEY

*Robert W. Haviland*

Robert W. Haviland (P5665)
Assistant U. S. Attorney-in-Charge

*Mark C. Jones*

Mark C. Jones (P33325)
Assistant U. S. Attorney
600 Church Street, Room 210
Flint, MI  48502
(313)766-5177; (FAX)766-5427



Docket as of January 16, 2003 10:48 pm

# U.S. District Court

# for the Eastern District of Michigan (Flint)

## CRIMINAL DOCKET FOR CASE #: 93-CR-50028-1

## USA v. Robinson, et al

Filed: 05/03/93

## Case Assigned to: Judge Paul V. Gadola

Dkt# in other court: None

```
OLEE WONZO ROBINSON          William W. Swor
aka                          [COR LD NTC cja]
Wonzo Robinson               One Kennedy Square
aka                          Suite 1816
Olee Wonzo                   Detroit, MI 48226
        defendant           313-962-1177
  [term  04/26/94]
                             Christopher A. Andreoff
                              [term  04/26/94]
                             [COR LD NTC ret]
                             Jaffe, Raitt,
                             One Woodward Avenue
                             Suite 2400
                             Detroit, MI 48226-3495
                             313-961-8380
                             FTS 961-8358
                             Hugh M. Davis, Jr.
                             [COR LD NTC pro]
                             Constitutional Litigation
                             Associates
                             450 W. Fort Street
                             Suite 200
                             Detroit, MI 48226
                             313-961-2255
                             FTS 961-5999
                             Olee Wonzo Robinson
                             08186039
                             [NTC slf] [PRO SE]
                             Federal Correctional Facility
                             P.O. Box 33
                             Terre Haute, IN 47808
                             Margaret S. Raben
```

ATTACHMENT NO. 2

[COR LD NTC cja]
Gurewitz & Raben
333 W. Fort Street
11th Floor
Detroit, MI 48226-6613
313-628-4740
FTS 628-4701
Suzanna Kostovski
[COR LD NTC ret]
1420 Washington Boulevard
Suite 200
Detroit, MI 48226
313-965-6050

Pending Counts:
21:848 CONTINUING CRIMINAL
ENTERPRISE
(1sss)

Disposition
Counts 1sss and 3sss, custody
Bureau of Prisons for a term
of defendant's life to be
served concurrently, Count 2sss
is incorporated in Count 1sss,
Counts 4sss and 11sss
Custody Bureau of Prisons 60
months, Count 7sss custody
Bureau of Prisons 24 months,
Counts 9sss, 10sss and 13sss,
custody Bureau of Prisons 240
months, Count 14sss custody
Bureau of Prisons 120 months.
Counts 1sss and 3sss are to
be served concurrently.
Sentences of imprisonment on
Counts 4sss,7sss,9sss,10sss,
11sss, 13sss and 14sss are to
be served concurrently with the
sentences imposed on Counts
1sss and 3sss.  Upon release
from imprisonment defendant
shall be on supervised release
for a term of five years on
Counts 1sss and 3sss and three
years on counts 4sss, 9sss,
10sss, 11sss, 13sss, and 14sss,
and one year on count 7sss.
Defendant is ordered to pay to
the United States a special
assessment of $450.00
representing $50 each for third
superseding counts 1,3,4,7,9,10,
11,13,14.
(1sss)

21:841(a)(1), 841(b)(1)(A) and
846 CONSPIRACY TO DISTRIBUTE
CONTROLLED SUBSTANCES
(2sss)

Counts 1sss and 3sss, custody
Bureau of Prisons for a term
of defendant's life to be
served concurrently, Count 2sss
is incorporated in Count 1sss,
Counts 4sss and 11sss
Custody Bureau of Prisons 60
months, Count 7sss custody
Bureau of Prisons 24 months,
Counts 9sss, 10sss and 13sss,
custody Bureau of Prisons 240
months, Count 14sss custody
Bureau of Prisons 120 months.
Counts 1sss and 3sss are to
be served concurrently.
Sentences of imprisonment on

Counts 4sss,7sss,9sss,10sss, 11sss, 13sss and 14sss are to be served concurrently with the sentences imposed on Counts 1sss and 3sss. Upon release from imprisonment defendant shall be on supervised release for a term of five years on Counts 1sss and 3sss and three years on counts 4sss, 9sss, 10sss, 11sss, 13sss, and 14sss, and one year on count 7sss. Defendant is ordered to pay to the United States a special assessment of $450.00 representing $50 each for third superseding counts 1,3,4,7,9,10, 11,13,14.

21:848(e)1)(A) DRUG RELATED MURDER, AIDING AND ABETTING (3sss)

(2sss) Counts 1sss and 3sss, custody Bureau of Prisons for a term of defendant's life to be served concurrently, Count 2sss is incorporated in Count 1sss, Counts 4sss and 11sss Custody Bureau of Prisons 60 months, Count 7sss custody Bureau of Prisons 24 months, Counts 9sss, 10sss and 13sss, custody Bureau of Prisons 240 months, Count 14sss custody Bureau of Prisons 120 months. Counts 1sss and 3sss are to be served concurrently. Sentences of imprisonment on Counts 4sss,7sss,9sss,10sss, 11sss, 13sss and 14sss are to be served concurrently with the sentences imposed on Counts 1sss and 3sss. Upon release from imprisonment defendant shall be on supervised release for a term of five years on Counts 1sss and 3sss and three years on counts 4sss, 9sss, 10sss, 11sss, 13sss, and 14sss, and one year on count 7sss. Defendant is ordered to pay to the United States a special assessment of $450.00 representing $50 each for third superseding counts 1,3,4,7,9,10, 11,13,14.

18:922(g) FELON IN POSSESSION OF FIREARMS (4sss)

(3sss) Counts 1sss and 3sss, custody Bureau of Prisons for a term of defendant's life to be served concurrently, Count 2sss is incorporated in Count 1sss, Counts 4sss and 11sss Custody Bureau of Prisons 60 months, Count 7sss custody Bureau of Prisons 24 months, Counts 9sss, 10sss and 13sss, custody Bureau of Prisons 240

http://pacer.mied.uscourts.gov/dc/cgi-bin/pacer740.pl

S. District Court Web-PACER (2.1) Docket Report   Case 4:93-cr-50028-PGB-SDP   ECF No. 532, PageID.13956   Filed 02/21/03   Page 21 of 50

months, Count 14sss custody
Bureau of Prisons 120 months.
Counts 1sss and 3sss are to
be served concurrently.
Sentences of imprisonment on
Counts 4sss,7sss,9sss,10sss,
11sss, 13sss and 14sss are to
be served concurrently with the
sentences imposed on Counts
1sss and 3sss.  Upon release
from imprisonment defendant
shall be on supervised release
for a term of five years on
Counts 1sss and 3sss and three
years on counts 4sss, 9sss,
10sss, 11sss, 13sss, and 14sss,
and one year on count 7sss.
Defendant is ordered to pay to
the United States a special
assessment of $450.00
representing $50 each for third
superseding counts 1,3,4,7,9,10,
11,13,14.
(4sss)

18:1014 FALSE STATEMENTS TO
INSTITUTION WITH DEPOSITONS
INSURED BY THE FEDERAL DEPOSIT
INSURANCE CORPORATION
(7sss)

Counts 1sss and 3sss, custody
Bureau of Prisons for a term
of defendant's life to be
served concurrently, Count 2sss
is incorporated in Count 1sss,
Counts 4sss and 11sss
Custody Bureau of Prisons 60
months, Count 7sss custody
Bureau of Prisons 24 months,
Counts 9sss, 10sss and 13sss,
custody Bureau of Prisons 240
months, Count 14sss custody
Bureau of Prisons 120 months.
Counts 1sss and 3sss are to
be served concurrently.
Sentences of imprisonment on
Counts 4sss,7sss,9sss,10sss,
11sss, 13sss and 14sss are to
be served concurrently with the
sentences imposed on Counts
1sss and 3sss.  Upon release
from imprisonment defendant
shall be on supervised release
for a term of five years on
Counts 1sss and 3sss and three
years on counts 4sss, 9sss,
10sss, 11sss, 13sss, and 14sss,
and one year on count 7sss.
Defendant is ordered to pay to
the United States a special
assessment of $450.00
representing $50 each for third
superseding counts 1,3,4,7,9,10,
11,13,14.
(7sss)

18:1956 & 18:2 LAUNDERING OF
MONETARY INSTRUMENTS AND
AIDING AND ABETTING
(9sss)

Counts 1sss and 3sss, custody
Bureau of Prisons for a term
of defendant's life to be
served concurrently, Count 2sss
is incorporated in Count 1sss,
Counts 4sss and 11sss

18:1956, 18:2 LAUNDERING OF
MONETARY INSTRUMENTS AND
AIDING  AND ABETTING
(10sss)

Custody Bureau of Prisons 60
months, Count 7sss custody
Bureau of Prisons 24 months,
Counts 9sss, 10sss and 13sss,
custody Bureau of Prisons 240
months, Count 14sss custody
Bureau of Prisons 120 months.
Counts 1sss and 3sss are to
be served concurrently.
Sentences of imprisonment on
Counts 4sss,7sss,9sss,10sss,
11sss, 13sss and 14sss are to
be served concurrently with the
sentences imposed on Counts
1sss and 3sss.  Upon release
from imprisonment defendant
shall be on supervised release
for a term of five years on
Counts 1sss and 3sss and three
years on counts 4sss, 9sss,
10sss, 11sss, 13sss, and 14sss,
and one year on count 7sss.
Defendant is ordered to pay to
the United States a special
assessment of $450.00
representing $50 each for third
superseding counts 1,3,4,7,9,10,
11,13,14.
(9sss)
Counts 1sss and 3sss, custody
Bureau of Prisons for a term
of defendant's life to be
served concurrently, Count 2sss
is incorporated in Count 1sss,
Counts 4sss and 11sss
Custody Bureau of Prisons 60
months, Count 7sss custody
Bureau of Prisons 24 months,
Counts 9sss, 10sss and 13sss,
custody Bureau of Prisons 240
months, Count 14sss custody
Bureau of Prisons 120 months.
Counts 1sss and 3sss are to
be served concurrently.
Sentences of imprisonment on
Counts 4sss,7sss,9sss,10sss,
11sss, 13sss and 14sss are to
be served concurrently with the
sentences imposed on Counts
1sss and 3sss.  Upon release
from imprisonment defendant
shall be on supervised release
for a term of five years on
Counts 1sss and 3sss and three
years on counts 4sss, 9sss,
10sss, 11sss, 13sss, and 14sss,
and one year on count 7sss.
Defendant is ordered to pay to
the United States a special
assessment of $450.00
representing $50 each for third
superseding counts 1,3,4,7,9,10,
11,13,14.
(10sss)
Counts 1sss and 3sss, custody

31:5324(3), 18:2, STRUCTURING

FINANCIAL TRANSACTIONS TO
AVOID CURRENCY TRANSACTION
REPORTS AND AIDING AND
ABETTING    (11sss)

Bureau of Prisons for a term
of defendant's life to be
served concurrently, Count 2sss
is incorporated in Count 1sss,
Counts 4sss and 11sss
Custody Bureau of Prisons 60
months, Count 7sss custody
Bureau of Prisons 24 months,
Counts 9sss, 10sss and 13sss,
custody Bureau of Prisons 240
months, Count 14sss custody
Bureau of Prisons 120 months.
Counts 1sss and 3sss are to
be served concurrently.
Sentences of imprisonment on
Counts 4sss,7sss,9sss,10sss,
11sss, 13sss and 14sss are to
be served concurrently with the
sentences imposed on Counts
1sss and 3sss.  Upon release
from imprisonment defendant
shall be on supervised release
for a term of five years on
Counts 1sss and 3sss and three
years on counts 4sss, 9sss,
10sss, 11sss, 13sss, and 14sss,
and one year on count 7sss.
Defendant is ordered to pay to
the United States a special
assessment of $450.00
representing $50 each for third
superseding counts 1,3,4,7,9,10,
11,13,14.
(11sss)

21:841, 18:2 DISTRIBUTION OF
COCAINE, SCH II AND AIDING AND
ABETTING
(13sss)

Counts 1sss and 3sss, custody
Bureau of Prisons for a term
of defendant's life to be
served concurrently, Count 2sss
is incorporated in Count 1sss,
Counts 4sss and 11sss
Custody Bureau of Prisons 60
months, Count 7sss custody
Bureau of Prisons 24 months,
Counts 9sss, 10sss and 13sss,
custody Bureau of Prisons 240
months, Count 14sss custody
Bureau of Prisons 120 months.
Counts 1sss and 3sss are to
be served concurrently.
Sentences of imprisonment on
Counts 4sss,7sss,9sss,10sss,
11sss, 13sss and 14sss are to
be served concurrently with the
sentences imposed on Counts
1sss and 3sss.  Upon release
from imprisonment defendant
shall be on supervised release
for a term of five years on
Counts 1sss and 3sss and three
years on counts 4sss, 9sss,
10sss, 11sss, 13sss, and 14sss,
and one year on count 7sss.
Defendant is ordered to pay to
the United States a special
assessment of $450.00

http://pacer.mied.uscourts.gov/dc/cgi-bin/pacer740.pl

District Court Web PACER 2.3 Docket Report    Case 4:93-cr-50028-TGB-SDP   ECF No. 532, PageID.13959   Filed 02/21/03   Page 24 of 50

18:922(g) FELON IN POSSESSION
OF FIREARMS
(14sss)

representing $50 each for third
superseding counts 1,3,4,7,9,10,
11,13,14.
(13sss)
Counts 1sss and 3sss, custody
Bureau of Prisons for a term
of defendant's life to be
served concurrently, Count 2sss
is incorporated in Count 1sss,
Counts 4sss and 11sss
Custody Bureau of Prisons 60
months, Count 7sss custody
Bureau of Prisons 24 months,
Counts 9sss, 10sss and 13sss,
custody Bureau of Prisons 240
months, Count 14sss custody
Bureau of Prisons 120 months.
Counts 1sss and 3sss are to
be served concurrently.
Sentences of imprisonment on
Counts 4sss,7sss,9sss,10sss,
11sss, 13sss and 14sss are to
be served concurrently with the
sentences imposed on Counts
1sss and 3sss.  Upon release
from imprisonment defendant
shall be on supervised release
for a term of five years on
Counts 1sss and 3sss and three
years on counts 4sss, 9sss,
10sss, 11sss, 13sss, and 14sss,
and one year on count 7sss.
Defendant is ordered to pay to
the United States a special
assessment of $450.00
representing $50 each for third
superseding counts 1,3,4,7,9,10,
11,13,14.
(14sss)

Offense Level (opening): 4
Terminated Counts:
21:848 CONTINUING CRIMINAL
ENTERPRISE
(1ss)

Disposition
ALL COUNTS FROM INDICTMENT,
SUPERSEDING INDICTMENT AND
SECOND SUPERSEDING INDICTMENT
DISMISSED AT TIME OF
SENTENCING ON THIRD SUPERSEDING
INDICTMENT
(1ss)

21.841(a)(1), 21:841(b)(1)(A)
& 21:846 CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCES
(1s)

ALL COUNTS FROM INDICTMENT,
SUPERSEDING INDICTMENT AND
SECOND SUPERSEDING INDICTMENT
DISMISSED AT TIME OF
SENTENCING ON THIRD SUPERSEDING
INDICTMENT
(1s)

18:922(g) FELON IN POSSESSION
OF FIREARMS
(1)

ALL COUNTS FROM INDICTMENT,
SUPERSEDING INDICTMENT AND
SECOND SUPERSEDING INDICTMENT
DISMISSED AT TIME OF
SENTENCING ON THIRD SUPERSEDING
INDICTMENT
(1)

21:841(a)(1), 841(b)(1)(A) and
846 CONSPIRACY TO DISTRIBUTE
CONTROLLED SUBSTANCES

ALL COUNTS FROM INDICTMENT,
SUPERSEDING INDICTMENT AND
SECOND SUPERSEDING INDICTMENT

1/31/03 11:02 AM

(2ss)

DISMISSED AT TIME OF
SENTENCING ON THIRD SUPERSEDING
INDICTMENT
(2ss)

21:848 (e)(1)(A), 18:2 DRUG
RELATED MURDER AND AIDING AND
ABETTING
(2s)

ALL COUNTS FROM INDICTMENT,
SUPERSEDING INDICTMENT AND
SECOND SUPERSEDING INDICTMENT
DISMISSED AT TIME OF
SENTENCING ON THIRD SUPERSEDING
INDICTMENT
(2s)

21:848(e)(1)(A) & 18:2 DRUG
RELATED MURDER, AIDING AND
ABETTING
(3ss)

ALL COUNTS FROM INDICTMENT,
SUPERSEDING INDICTMENT AND
SECOND SUPERSEDING INDICTMENT
DISMISSED AT TIME OF
SENTENCING ON THIRD SUPERSEDING
INDICTMENT
(3ss)

18:922(g) FELON IN POSSESSION
OF FIREARM
(3s)

ALL COUNTS FROM INDICTMENT,
SUPERSEDING INDICTMENT AND
SECOND SUPERSEDING INDICTMENT
DISMISSED AT TIME OF
SENTENCING ON THIRD SUPERSEDING
INDICTMENT
(3s)

18:922(g) FELON IN POSSESSION
OF FIREARMS
(4ss)

ALL COUNTS FROM INDICTMENT,
SUPERSEDING INDICTMENT AND
SECOND SUPERSEDING INDICTMENT
DISMISSED AT TIME OF
SENTENCING ON THIRD SUPERSEDING
INDICTMENT
(4ss)

18:1014 FALSE STATEMENTS TO
INSTITUTION WITH DEPOSITS
INSURED BY THE FEDERAL DEPOSIT
INSURANCE CORPORATION
(6s)

ALL COUNTS FROM INDICTMENT,
SUPERSEDING INDICTMENT AND
SECOND SUPERSEDING INDICTMENT
DISMISSED AT TIME OF
SENTENCING ON THIRD SUPERSEDING
INDICTMENT
(6s)

18:1014 FALSE STATEMENTS TO
INSTITUTION WITH DEPOSITS
INSURED BY THE FEDERAL DEPOSIT
INSURANCE CORPORATION
(7ss)

ALL COUNTS FROM INDICTMENT,
SUPERSEDING INDICTMENT AND
SECOND SUPERSEDING INDICTMENT
DISMISSED AT TIME OF
SENTENCING ON THIRD SUPERSEDING
INDICTMENT
(7ss)

18:1956, 18:2 LAUNDERING OF
MONETARY INSTRUMENTS AND
AIDING  AND ABETTING
(8s)

ALL COUNTS FROM INDICTMENT,
SUPERSEDING INDICTMENT AND
SECOND SUPERSEDING INDICTMENT
DISMISSED AT TIME OF
SENTENCING ON THIRD SUPERSEDING
INDICTMENT
(8s)

18:1956, 18:2 LAUNDERING OF
MONETARY INSTRUMENTS AND
AIDING  AND ABETTING
(9ss - 10ss)

ALL COUNTS FROM INDICTMENT,
SUPERSEDING INDICTMENT AND
SECOND SUPERSEDING INDICTMENT
DISMISSED AT TIME OF
SENTENCING ON THIRD SUPERSEDING
INDICTMENT
(9ss - 10ss)

18:1956 & 18:2 LAUNDERING OF
MONETARY INSTRUMENTS AND
AIDING AND ABETTING
(9s)

ALL COUNTS FROM INDICTMENT,
SUPERSEDING INDICTMENT AND
SECOND SUPERSEDING INDICTMENT
DISMISSED AT TIME OF
SENTENCING ON THIRD SUPERSEDING

31:5324(3) & 18:2 STRUCTURING
FINANCIAL TRANSACTIONS TO
AVOID CURRENCY TRANSACTION
REPORTS AND AIDING AND
ABETTING    (10s)

31:5324 (3), 18:2 STRUCTURING
FINANCIAL TRANSACTIONS TO
AVOID CURRENCY TRANSACTION
REPORTS, AIDING AND ABETTING
(11ss)

21:841(a)(1), 18:2
DISTRIBUTION OF COCAINE,
AIDING AND        ABETTING
(13ss)

18:922(g) FELON IN POSSESSION
OF FIREARMS
(14ss)

INDICTMENT
(9s)
ALL COUNTS FROM INDICTMENT,
SUPERSEDING INDICTMENT AND
SECOND SUPERSEDING INDICTMENT
DISMISSED AT TIME OF
SENTENCING ON THIRD SUPERSEDING
INDICTMENT
(10s)
ALL COUNTS FROM INDICTMENT,
SUPERSEDING INDICTMENT AND
SECOND SUPERSEDING INDICTMENT
DISMISSED AT TIME OF
SENTENCING ON THIRD SUPERSEDING
INDICTMENT
(11ss)
ALL COUNTS FROM INDICTMENT,
SUPERSEDING INDICTMENT AND
SECOND SUPERSEDING INDICTMENT
DISMISSED AT TIME OF
SENTENCING ON THIRD SUPERSEDING
INDICTMENT
(13ss)
ALL COUNTS FROM INDICTMENT,
SUPERSEDING INDICTMENT AND
SECOND SUPERSEDING INDICTMENT
DISMISSED AT TIME OF
SENTENCING ON THIRD SUPERSEDING
INDICTMENT
(14ss)

Offense Level (disposition): 4
Complaints:
    NONE
U. S. Attorneys:
   Mark C. Jones
   [COR LD NTC aus]
   U.S. Attorney's Office
   600 Church Street
   Room 206
   Flint, MI 48502
   810-766-5177

# DOCKET    PROCEEDINGS

| DATE | # | DOCKET   ENTRY |
|------|---|----------------|
| 5/3/93 | 1 | PETITION by plaintiff USA to seal Indictment (actually filed 3/19/93 and unsealed 5/3/93) (1016) [Entry date 05/12/93] [Edit date 05/12/93] |
| 5/3/93 | 2 | ORDER   by Magistrate Judge Marc L. Goldman, sealing Indictment (filed 3/22/93) (1016) [Entry date 05/12/93] |
| 5/3/93 | 3 | INDICTMENT against Olee Wonzo Robinson (1) count(s) 1 (1016) |

[Entry date 05/12/93]

5/3/93   4   PETITION and order   by Magistrate Judge Marc L. Goldman,
sealing Superseding Indictment (filed 4/30/93) (1016)
[Entry date 05/12/93]

5/3/93   5   PETITION and order   by Magistrate Judge Paul J. Komives,
unsealing Indictment(filed on 5/5/93 but signed by
Magistrate Judge Komives 5/3/93) (1016)
[Entry date 05/12/93]

5/3/93   6   SUPERSEDING indictment against Olee Wonzo Robinson (1)
count(s) 1s, 2s, 3s, 6s, 8s, 9s, 10s, Michelle West (2)
count(s) 1, 2, 4, 5, Cynthia L. Horry (3) count(s) 1, 2, 7,
Shawn Eugene Wimberly (4) count(s) 1, 11, 12 (1016)
[Entry date 05/12/93]

5/3/93   7   WARRANT for arrest issued as to defendant Olee Wonzo
Robinson, defendant Michelle West, defendant Cynthia L.
Horry, defendant Shawn Eugene Wimberly (with Request for
Warrant upon Indictment) warrants were actually issued and
requested 4/30/93 (1016) [Entry date 05/12/93]

5/3/93   --   INITIAL appearance by defendant Olee Wonzo Robinson (1)
count(s) 1, 1s, 2s, 3s, 6s, 8s, 9s, 10s   before Magistrate
Judge Paul J. Komives, detention hearing set for 9:00
5/5/93 for Olee Wonzo Robinson   - D/Atty: Christopher
Andreoff   - AUSA: Mark Jones   - Tape # Duty Call 5/3/93
(1063) [Entry date 05/13/93]

5/3/93   --   ARRAIGNMENT   adjourned as to defendant Olee Wonzo Robinson
to 9:00 5/5/93 for Olee Wonzo Robinson   - Magistrate Judge
Paul J. Komives   - D/Atty: Christopher Andreoff   - AUSA:
Mark Jones   - Tape #: Duty Call 5/3/93 (1063)
[Entry date 05/13/93]

5/3/93   8   ORDER   by Magistrate Judge Paul J. Komives, for
detention pending hearing pursuant to bail reform act (1016)
[Entry date 05/21/93]

5/5/93   --   ARRAIGNMENT   concluded as to defendant Olee Wonzo Robinson,
plea of not guilty entered*. Conflict of dual
representation issue raised; defendant Robinson and West
aware of potential conflict.* - Magistrate Judge Marc L.
Goldman   - D/Atty: Christopher Andreoff   - AUSA: Mark
Jones   - Tape #: 93-16 (1050) [Entry date 05/13/93]

5/5/93   --   DETENTION hearing   not held as to defendant Olee Wonzo
Robinson   Disposition: bond not set*. Magistrate Judge
disqualifies himself from doing detention hearing because
of knowledge of information contained in sealed search
warrant.   Detention hrg. to be conducted by Duty Magistrate
at Detroit.* - Magistrate Judge Marc L. Goldman Tape #:
93-16 (1050) [Entry date 05/13/93]

5/5/93   9   ACKNOWLEDGEMENT by defendant Olee Wonzo Robinson of
superseding indictment [6-1] (1016) [Entry date 05/25/93]

5/5/93   18   STANDING ORDER for discovery and inspection and fixing
motion cutoff date in criminal cases by Judge Stewart
Newblatt with Proof of Mailing (1016) [Entry date 05/25/93]

5/6/93   --   DETENTION hearing   held as to defendant Olee Wonzo Robinson
Disposition: Bond denied   - Magistrate Judge Thomas A.
Carlson   Tape #: Carlson 93-084 (1066)

http://pacer.med.uscourts.gov/dc/cgi-bin/pacer740.pl

District Court Web PA (3/02.3) Docket Report   Case 4:93-cr-50028-PGB-SDP   ECF No. 532, PageID.13963   Filed 02/21/03   Page 28 of 50

[Entry date 05/13/93]

5/6/93   19   ORDER   by Magistrate Judge Thomas A. Carlson, for detention pending trial (1016) [Entry date 05/21/93] [Edit date 05/25/93]

5/7/93   20   APPEARANCE for defendant Olee Wonzo Robinson  of attorney Christopher A. Andreoff (pursuant to the Court's instruction this appearance is qualified since under Rule 44 of the Federal Rules of Criminal Procedure, the Court will hold a hearing on conflict of interest (1016) [Entry date 05/25/93] [Edit date 05/25/93]

5/10/93   --   MOTION hearing  held as to defendant Olee Wonzo Robinson, defendant Michelle West regarding detention    - disposition: continued to 5/11/93  - Judge Stewart Newblatt  - Court Reporter: Nicole Sprague (1016) [Entry date 05/17/93]

5/11/93   --   MOTION hearing  held as to defendant Olee Wonzo Robinson, defendant Michelle West as to detention/bond    - disposition: advisement - Defendants remanded to U.S. Marshal Judge Stewart Newblatt   - Court Reporter: Nicole Sprague (1016) [Entry date 05/17/93]

5/14/93   23   ORDER   by Judge Stewart Newblatt, denying bond as to Defendants Robinson and West with proof of mailing (1016) [Entry date 05/28/93]

5/18/93   24   APPEAL by defendant Olee Wonzo Robinson  of order denying bond as to Defendants Robinson and West [23-1], order [23-2]   to USCA   - FEE: paid  - Receipt #: 292191 (1016) [Entry date 05/28/93]

5/24/93   26   WARRANT for arrest returned  executed by FBI on 5/3/93 as to defendant Olee Wonzo Robinson (1016) [Entry date 05/28/93]

5/25/93   27   TRANSCRIPT order form by defendant Olee Wonzo Robinson, defendant Michelle West, plaintiff USA  regarding requesting transcript(s) of: 5/10/93 and 5/11/93 detention hearings (1016) [Entry date 05/28/93]

5/25/93   28   TRANSCRIPT of detention hearing proceedings  taken on 5/10/93 before Judge Newblatt (transcript placed in 93-50028-1) (1016) [Entry date 05/28/93]

5/25/93   29   TRANSCRIPT of detention hearing proceedings  taken on 5/11/93 before Judge Newblatt (transcript placed in 93-50028-1) (1016) [Entry date 05/28/93]

5/26/93   31   MOTION by defendant Olee Wonzo Robinson to transfer Defendant from Shiawassee County Jail to the Federal Detention Center, Milan, MI with brief and proof of mailing (1016) [Entry date 05/28/93] [Edit date 05/06/96]

5/28/93   33   copies of appeal notice  by Michelle West [25-1], appeal notice  by Olee Wonzo Robinson [24-1] and docket transmitted to USCA (1016) [Entry date 05/28/93]

5/28/93   34   PROOF of mailing of Notice of Appeal upon Attorney for Appellee, Attorney for Appellants, Nicole Sprague, Court Recorder to Judge Newblatt and the Court of Appeals (1016) [Entry date 05/28/93]

5/28/93   35    RESPONSE by plaintiff USA  to motion to transfer Defendant
                from Shiawassee County Jail to the Federal Detention
                Center, Milan, MI by Olee Wonzo Robinson [31-1] with brief
                & proof of mailing (1016) [Entry date 06/03/93]

5/28/93   36    MOTION by defendant Olee Wonzo Robinson for discovery and
                disclosure of exculpatory evidence with brief (1016)
                [Entry date 06/03/93] [Edit date 05/06/96]

5/28/93   37    MOTION by defendant Olee Wonzo Robinson to compel
                retention of investigating agents' notes with brief (1016)
                [Entry date 06/03/93]

5/28/93   38    MOTION by defendant Olee Wonzo Robinson for plaintiff USA
                to produce grand jury transcripts and for pretrial
                disclosure of Jencks Act Material with brief (1016)
                [Entry date 06/03/93]

5/28/93   39    MOTION by defendant Olee Wonzo Robinson regarding voir dir
                e procedures and the use of a jury questionaire with brief
                (1016) [Entry date 06/03/93]

5/28/93   40    MOTION by defendant Olee Wonzo Robinson to suppress
                consensual recordings and grant evidentiary hearing with
                brief (1016) [Entry date 06/03/93] [Edit date 05/06/96]

5/28/93   41    MOTION by defendant Olee Wonzo Robinson for disclosure of
                all statements which the Government will seek to attribute
                to Defendant with brief (1016) [Entry date 06/03/93]

5/28/93   42    MOTION by defendant Olee Wonzo Robinson to file additional
                motions with brief (1016) [Entry date 06/03/93]

5/28/93   43    MOTION by defendant Olee Wonzo Robinson for pretrial
                hearing to determine the admissibility of co-conspirator
                statements with brief (1016) [Entry date 06/03/93]

5/28/93   44    REQUEST by defendant Olee Wonzo Robinson and notices in
                compliance with the Standing Order for Discovery and
                Inspection with notice of hearing and proof of mailing of
                all motions filed 5/28/93 by Defendant Robinson (1016)
                [Entry date 06/03/93]

5/28/93   --    EXCLUDABLE interval of type XE  beginning 5/28/93 and
                ending 6/21/93 per motion to compel retention of
                investigating agents' notes (1016) [Entry date 06/25/93]

6/3/93    --    EXCLUDABLE interval of type XR  beginning 5/25/93 and
                ending 6/24/93 per excludable delay minute sheet (1016)
                [Entry date 06/08/93]

6/3/93    47    ORDER  by Judge Stewart Newblatt, striking motion for
                discovery and disclosure of exculpatory evidence by Olee
                Wonzo Robinson [36-1], motion to transfer Defendant from
                Shiawassee County Jail to the Federal Detention Center,
                Milan, MI by Olee Wonzo Robinson [31-1] (1016)
                [Entry date 06/08/93]

6/4/93    48    NOTICE  of pretrial conference with proof of mailing (1016)
                [Entry date 06/14/93]

6/9/93    --    SCHEDULE:  by Judge Stewart Newblatt final pretrial
                conference set for 1:00 6/14/93 (1016) [Entry date 06/14/93]

6/9/93    49    TRANSCRIPT order form by plaintiff USA  requesting

transcript(s) of: 5/5/93 arraignment before
Magistrate/Judge Goldman (1016) [Entry date 06/14/93]

6/9/93    50    TRANSCRIPT of arraignment and detention hearing proceedings
taken on 5/5/93 before Magistrate Goldman (transcript as to
Michelle West was placed in the file of Olee Robinson (1016)
[Entry date 06/14/93]

6/10/93   51    MOTION by defendant Olee Wonzo Robinson for discovery and
disclosure of exculpatory evidence with brief & proof of
mailing (1016) [Entry date 06/14/93]

6/10/93   51    MOTION by defendant Olee Wonzo Robinson to transfer
Defendant from Shiawassee County Jail to the Federal
Detention Center, Milan, Michigan with brief & proof of
mailing (1016) [Entry date 06/14/93]

6/11/93   52    RESPONSE by plaintiff USA  to motion for discovery and
disclosure of exculpatory evidence by Olee Wonzo Robinson
[51-1], motion for pretrial hearing to determine the
admissibility of co-conspirator statements by Olee Wonzo
Robinson [43-1], motion to file additional  motions by Olee
Wonzo Robinson [42-1], motion for disclosure of all
statements which the Government will seek to attribute to
Defendant by Olee Wonzo Robinson [41-1], motion to suppress
consensual recordings and grant evidentiary hearing by Olee
Wonzo Robinson [40-1], motion regarding voir dir e
procedures and the use of a jury questionaire by Olee Wonzo
Robinson [39-1], motion for plaintiff USA to produce grand
jury transcripts and for pretrial disclosure of Jencks Act
Material by Olee Wonzo Robinson [38-1], motion to compel
retention of investigating agents' notes by Olee Wonzo
Robinson [37-1], motion for discovery and disclosure of
exculpatory evidence by Olee Wonzo Robinson [36-1] with
brief & proof of mailing (1016) [Entry date 06/14/93]

6/14/93   54    ANSWER by defendant Olee Wonzo Robinson  to the
Government's request for a conflict of interest hearing
(1016) [Entry date 06/16/93]

6/14/93   55    PROOF of mailing of Counsel for Defendant's Response to the
Government Request for a Conflict of Interest Hearing (1016)
[Entry date 06/16/93]

6/18/93   59    ACKNOWLEDGEMENT  from USCA of receipt of appeal notice  by
Olee Wonzo Robinson [24-1]   - appeal case # 93-1765 (1016)
[Entry date 06/25/93]

6/21/93   --    EXCLUDABLE interval  of type XE  ended per excludable delay
minute sheet filed (1016) [Entry date 06/25/93]

6/21/93   60    PRETRIAL conference ORDER by Judge Stewart Newblatt with
proof of mailing. (1016) [Entry date 06/25/93]

6/21/93   60    ORDER   by Judge Stewart Newblatt mooting motion to
transfer Defendant from Shiawassee County Jail to the
Federal Detention Center, Milan, Michigan by Olee Wonzo
Robinson [51-1], mooting motion for discovery and
disclosure of exculpatory evidence by Olee Wonzo Robinson
[51-1] denying motion for pretrial hearing to determine the
admissibility of co-conspirator statements by Olee Wonzo
Robinson [43-1] granting motion to file additional  motions
by Olee Wonzo Robinson [42-1] mooting motion for disclosure
of all statements which the Government will seek to
attribute to Defendant by Olee Wonzo Robinson [41-1]

http://pacer.mied.uscourts.gov/dc/cgi-bin/pacer740.pl

. District Court Web PACER(2.3) Docket Report    Case 4:93-cr-50028-PGB-SDP   ECF No. 532, PageID.13966   Filed 02/21/03   Page 31 of 50

mooting motion regarding voir dir e procedures and the use
of a jury questionaire by Olee Wonzo Robinson [39-1]
denying motion for plaintiff USA to produce grand jury
transcripts and for pretrial disclosure of Jencks Act
Material by Olee Wonzo Robinson [38-1] mooting motion to
compel retention of investigating agents' notes by Olee
Wonzo Robinson [37-1] (1016) [Entry date 06/25/93]

| Date | No. | Entry |
|---|---|---|
| 6/21/93 | 60 | ORDER  by Judge Stewart Newblatt, deadline for filing motions, plea, final pretrial conference, criminal jury trial (1016) [Entry date 06/25/93] |
| 6/21/93 | -- | SCHEDULE:  by Judge Stewart Newblatt deadline for filing motions set for 7/12/93, plea set for 8/16/93 for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry, final pretrial conference set for 2:30 8/16/93, criminal jury trial set for 8:00 8/23/93 for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry (1016) [Entry date 06/25/93] |
| 6/22/93 | -- | EXCLUDABLE interval of type XR  beginning 6/14/93 and ending 7/14/93 per excludable delay minute sheet on file (1016) [Entry date 06/25/93] |
| 6/23/93 | 61 | CERTIFIED copy of order  from USCA dismissing appeal upon appellant's motion to voluntarily dismiss [0-0] - appeal case # 93-1765, 93-1766  - record never sent (1016) [Entry date 06/28/93] |
| 6/25/93 | 63 | SUPERSEDING indictment against Olee Wonzo Robinson (1) count(s) 1ss, 2ss, 3ss, 4ss, 7ss, 9ss-10ss, 11ss, 13ss, 14ss (1016) [Entry date 06/30/93] |
| 7/7/93 | -- | ARRAIGNMENT  held as to defendant Olee Wonzo Robinson, plea of not guilty entered  - Magistrate Judge Marc L. Goldman - D/Atty: Christopher Andreoff  - AUSA: Mark Jones - Tape #: 93-22 (1050) [Entry date 07/07/93] |
| 7/7/93 | 66 | LETTER  by Christopher Andreoff on behalf of defendant Olee Wonzo Robinson,regarding application seeking the death penalty (1016) [Entry date 07/07/93] |
| 7/7/93 | 67 | ACKNOWLEDGEMENT by defendant Olee Wonzo Robinson of superseding indictment [63-1] (1016) [Entry date 07/07/93] |
| 7/7/93 | -- | MINUTE SHEET of proceedings  before Judge Stewart Newblatt - conflict of interest with Chris Andreoff taken under advisement by Judge Newblatt/  hearing to continue with witnesses at later date D/Atty: Chris Andreoff AUSA: Mark Jones - Court Reporter: Nicole Sprague  - TAPE #: 93-272 (1016) [Entry date 07/13/93] |
| 7/8/93 | 68 | DEFENDANT'S waiver of conflict of interest with proof of mailing (1016) [Entry date 07/13/93] |
| 7/9/93 | 69 | LETTER (copy) by plaintiff USA regarding representation by Mr. Andreoff and possible conflict of interest with proof of mailing (1016) [Entry date 07/13/93] |
| 7/27/93 | 70 | TRANSCRIPT of proceedings  taken on 7/7/93 before Judge Stewart A. Newblatt (1016) [Entry date 08/10/93] |
| 7/27/93 | 71 | ORDER  by Judge Stewart Newblatt, regarding representation by Christopher Andreoff of Olee Robinson, deadline for filing motions, final pretrial conference, |

criminal jury trial (1016) [Entry date 08/10/93]

7/27/93 -- SCHEDULE: by Judge Stewart Newblatt deadline for filing motions set for 8/2/93, final pretrial conference set for 2:30 8/16/93, criminal jury trial set for 8:00 8/23/93 for Olee Wonzo Robinson (1016) [Entry date 08/10/93]

8/2/93 72 MOTION by defendant Olee Wonzo Robinson to transfer the case to the Southern Division - Detroit with brief (stricken pursuant to Order of Judge Newblatt of 8/4/93) (1016) [Entry date 08/10/93] [Edit date 05/06/96]

8/2/93 73 MOTION by defendant Olee Wonzo Robinson to sever counts with brief (motion stricken pursuant to Order of Judge Newblatt of 8/4/93) (1016) [Entry date 08/10/93] [Edit date 05/06/96]

8/2/93 74 MOTION by defendant Olee Wonzo Robinson to file additional motions with brief (motion stricken pursuant to order of Judge Newblatt of 8/4/93) (1016) [Entry date 08/10/93] [Edit date 05/06/96]

8/2/93 75 MOTION by defendant Olee Wonzo Robinson to dismiss Count Two of the Second Superseding Indictment for being duplicitous with brief (stricken pursuant to Order of Judge Newblatt) (1016) [Entry date 08/10/93] [Edit date 05/06/96]

8/2/93 76 MOTION by defendant Olee Wonzo Robinson for discovery, for discovery and disclosure of specified items with brief (motion stricken pursuant to order of Judge Newblatt of 8/4/93) (1016) [Entry date 08/10/93] [Edit date 05/06/96]

8/2/93 77 MOTION by defendant Olee Wonzo Robinson for bill of particulars; request for evidentiary hearing with brief (stricken pursuant to Order of Judge Newblatt of 8/4/93) (1016) [Entry date 08/10/93] [Edit date 05/06/96]

8/2/93 78 MOTION by defendant Olee Wonzo Robinson for disclosure of electronic surveillance with brief (stricken pursuant to Order of Judge Newblatt of 8/4/93) (1016) [Entry date 08/10/93] [Edit date 05/06/96]

8/2/93 79 MOTION by defendant Olee Wonzo Robinson to dismiss Count Three of the Second Superseding Indictment with a Request for an Evidentiary Hearing with brief (stricken pursuant to Order of Judge Newblatt of 8/4/93) (1016) [Entry date 08/10/93] [Edit date 05/06/96]

8/2/93 80 PROOF of mailing of motions by Defendant Olee Robinson (1016) [Entry date 08/10/93]

8/2/93 81 TRANSCRIPT order form by plaintiff USA regarding requesting transcript(s) of: 7/7/93 -appeal case # (1016) [Entry date 08/10/93]

8/2/93 82 MOTION by defendant Olee Wonzo Robinson to prohibit government from mentioning any extrinsic offenses or other acts of misconduct; to provide immediate notice of any acts to be offered at trial with brief (stricken pursuant to order of Judge Newblatt 8/4/93) (1016) [Entry date 08/10/93] [Edit date 05/06/96]

8/4/93 84 ORDER by Judge Stewart Newblatt striking motion to

1/31/03 11:02 AM

dismiss Count Three of the Second Superseding Indictment
with a Request for an Evidentiary Hearing by Olee Wonzo
Robinson [79-1] striking motion to prohibit government from
mentioning any extrinsic offenses or other acts of
misconduct; to provide immediate notice of any acts to be
offered at trial by Olee Wonzo Robinson [82-1] striking
motion for disclosure of electronic surveillance by Olee
Wonzo Robinson [78-1] striking motion for bill of
particulars; request for evidentiary hearing by Olee Wonzo
Robinson [77-1] striking motion for discovery by Olee Wonzo
Robinson [76-1], striking motion for discovery and
disclosure of specified items by Olee Wonzo Robinson [76-2]
striking motion to dismiss Count Two of the Second
Superseding Indictment for being duplicitous by Olee Wonzo
Robinson [75-1] striking motion to transfer the case to the
Southern Division - Detroit by Olee Wonzo Robinson [72-1]
striking motion to file additional motions by Olee Wonzo
Robinson [74-1] striking motion to sever counts by Olee
Wonzo Robinson [73-1] (all stricken for either failure to
provide a Judge's copy or failure to seek concurrence of
opposing counsel) (1016) [Entry date 08/10/93]

8/10/93  87  MOTION by defendant Olee Wonzo Robinson to dismiss Count
Three of the Second Superseding Indictment with a Request
for an Evidentiary Hearing with brief & attachments (1016)
[Entry date 08/10/93] [Edit date 05/06/96]

8/10/93  88  MOTION by defendant Olee Wonzo Robinson to file additional
motions with brief (1016) [Entry date 08/10/93]
[Edit date 05/06/96]

8/10/93  89  MOTION by defendant Olee Wonzo Robinson for discovery,
for disclosure of specified items with brief (1016)
[Entry date 08/10/93] [Edit date 05/06/96]

8/10/93  90  MOTION by defendant Olee Wonzo Robinson to dismiss Count
Two of the Second Superseding Indictment for being
duplicitous with brief (1016) [Entry date 08/10/93]
[Edit date 05/06/96]

8/10/93  91  MOTION by defendant Olee Wonzo Robinson to sever counts
with brief (1016) [Entry date 08/10/93]
[Edit date 05/06/96]

8/10/93  92  MOTION by defendant Olee Wonzo Robinson to transfer the
case to the Southern Division - Detroit with brief (1016)
[Entry date 08/10/93] [Edit date 05/06/96]

8/10/93  93  MOTION by defendant Olee Wonzo Robinson for bill of
particulars; request for evidentiary hearing with brief
(1016) [Entry date 08/10/93] [Edit date 05/06/96]

8/10/93  94  MOTION by defendant Olee Wonzo Robinson to prohibit
government from mentioning any extrinsix offenses or other
acts of misconduct; to provide immediate notice of any acts
to be offered at trial with brief (1016)
[Entry date 08/10/93] [Edit date 05/06/96]

8/10/93  95  MOTION by defendant Olee Wonzo Robinson for disclosure of
electronic surveillance with brief (1016)
[Entry date 08/10/93] [Edit date 05/06/96]

8/10/93  96  PROOF of mailing of motions filed on 8/10/93 by Olee
Robinson with notice of hearing (1016) [Entry date 08/10/93]

8/17/93   100   LETTER by defendant Olee Wonzo Robinson to Judge Newblatt regarding transfer to Milan (1016) [Entry date 08/25/93]

8/23/93   101   NOTICE  of hearing on pending motions (1016) [Entry date 08/25/93]

8/25/93   103   ORDER   by Judge Stewart Newblatt mooting motion to transfer Defendant from Shiawassee County Jail to the Federal Detention Center, Milan, Michigan by Olee Wonzo Robinson [51-1], mooting motion for discovery and disclosure of exculpatory evidence by Olee Wonzo Robinson [51-1] (1016) [Entry date 09/15/93]

9/3/93   104   MOTION by movant Edward Dupree Osborne to withdraw attorney Martin E. Crandall for Edward Dupree Osborne [104-1] with brief & proof of mailing (removed from file and placed in 93x40514) (1016) [Entry date 09/27/93] [Edit date 03/22/95]

9/3/93   --   D.E. 105 was a CJA appointment of a material witness and was removed from this file at the time of removing the material witness from this case as a movant and assigning a miscellaneous number to the CJA voucher. SEE FILE NUMBER 93X40514 (1016) [Entry date 03/22/95]

9/20/93   106   APPOINTMENT  of attorney Scott Keillor on behalf of Anthony Bowling, material witness   Voucher # 0416257 (1016) [Entry date 09/27/93]

9/20/93   107   RESPONSE by plaintiff USA  to motion to file additional motions by Olee Wonzo Robinson [88-1] with brief & proof of mailing (1016) [Entry date 09/27/93]

9/20/93   108   RESPONSE by plaintiff USA  to motion to dismiss Count Two of the Second Superseding Indictment for being duplicitous by Olee Wonzo Robinson [90-1] with brief & proof of mailing (1016) [Entry date 09/27/93]

9/20/93   109   RESPONSE by plaintiff USA  to motion to dismiss Count Three of the Second Superseding Indictment with a Request for an Evidentiary Hearing by Olee Wonzo Robinson [87-1] with brief & proof of mailing (1016) [Entry date 09/27/93]

9/20/93   110   RESPONSE by plaintiff USA  to motion for disclosure of electronic surveillance by Olee Wonzo Robinson [95-1] with brief & proof of mailing (1016) [Entry date 09/27/93]

9/20/93   111   RESPONSE by plaintiff USA  to motion to transfer the case to the Southern Division - Detroit by Olee Wonzo Robinson [92-1] with brief & proof of mailing (1016) [Entry date 09/27/93]

9/20/93   112   RESPONSE by plaintiff USA  to motion for discovery and disclosure of exculpatory evidence by Olee Wonzo Robinson [36-1] with brief & proof of mailing (1016) [Entry date 09/27/93]

9/20/93   113   RESPONSE by plaintiff USA  to motion for bill of particulars; request for evidentiary hearing by Olee Wonzo Robinson [93-1], motion for bill of particulars by Cynthia L. Horry [85-1] with brief & proof of mailing (1016) [Entry date 09/27/93]

9/20/93   114   RESPONSE by plaintiff USA  to motion to sever counts by Olee Wonzo Robinson and joinder by Michelle West [91-1]

with brief & proof of mailing (1016) [Entry date 09/27/93]

9/20/93   115   RESPONSE by plaintiff USA to motion to prohibit government from mentioning any extrinsix offenses or other acts of misconduct; to provide immediate notice of any acts to be offered at trial by Olee Wonzo Robinson [94-1] with brief & proof of mailing (1016) [Entry date 09/27/93]

9/21/93   117   WAIVER of right to be present at hearing by defendant Olee Wonzo Robinson and attorney Christopher Andreoff (1016) [Entry date 09/27/93]

9/21/93   --   MOTION hearing held as to defendant Olee Wonzo Robinson on - disposition: continued - Judge Stewart Newblatt - Court Reporter: Nicole Sprague (1016) [Entry date 10/04/93]

9/23/93   118   STIPULATION and order by Judge Stewart Newblatt adjourning criminal jury trial (1016) [Entry date 09/27/93]

9/24/93   119   TAPE ORDER by Christopher Andreoff of conflict of interest hearing (1016) [Entry date 09/27/93]

9/24/93   --   MOTION hearing held and continued as to defendant Olee Wonzo Robinson on issue of conflict of interest - disposition: continued - Judge Stewart Newblatt - Court Reporter: Nicole Sprague (1016) [Entry date 10/04/93]

9/27/93   --   EXCLUDABLE interval of type XR beginning 8/16/93 and ending 10/5/93 per x delay minute sheet (1016) [Entry date 09/27/93]

9/28/93   --   MOTION hearing held as to defendant Olee Wonzo Robinson on pending motions - disposition: taken under advisement - Judge Stewart Newblatt - Court Reporter: Nicole Sprague (1016) [Entry date 10/01/93]

9/28/93   120   MOTION by defendant Olee Wonzo Robinson to withdraw by Christopher A. Andreoff as attorney for Olee Wonzo Robinson with brief & proof of mailing (1016) [Entry date 10/20/93] [Edit date 05/06/96]

9/28/93   121   ORDER by Judge Stewart Newblatt that Attorney Andreoff may represent Olee Robinson in this matter but attorney Legghio must conduct the cross examination of witnesses Mr. Bowling and Mr. Osborne (1016) [Entry date 10/20/93]

9/28/93   --   SCHEDULE: by Judge Stewart Newblatt final pretrial conference set for 2:00 11/1/93, criminal jury trial set for 8:00 11/8/93 for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry (1016) [Entry date 10/20/93]

10/4/93   122   NOTICE by Christopher Andreoff, Attorney for defendant Olee Wonzo Robinson of change of address with proof of mailing (1016) [Entry date 10/20/93]

10/21/93   123   MOTION by defendant Olee Wonzo Robinson for the trial to be held in the Southern Division - Detroit for the convenience of the witnesses and parties with brief & proof of mailing (1016) [Entry date 10/26/93] [Edit date 05/06/96]

11/1/93   --   FINAL PRETRIAL conference held as to defendant Olee Wonzo Robinson, defendant Michelle West, defendant Cynthia L. Horry - Judge Stewart Newblatt - Court Reporter: Tammy Hallwood (1079) [Entry date 11/02/93] [Edit date 11/02/93]

11/2/93   126   PETITION and order by Magistrate Judge Marc L. Goldman, for writ of habeas corpus ad testificandum for Ron Johnson #207375 to appear as a witness on 11/15/93 at 7:45am ; writ issued (1079) [Entry date 11/02/93]

11/2/93   129   TRANSCRIPT order form by plaintiff USA  regarding requesting transcript(s) of: Judge orders Michelle West to give handwriting exemplars - 11/1/93 (1087) [Entry date 11/15/93]

11/3/93   127   FINANCIAL affidavit on proceedings by defendant Olee Wonzo Robinson (1079) [Entry date 11/05/93]

11/5/93   130   SUPERSEDING indictment against Olee Wonzo Robinson (1) count(s) 1sss, 2sss, 3sss, 4sss, 7sss, 9sss, 10sss, 11sss, 13sss, 14sss, Michelle West (2) count(s) 2ss, 3ss, 5ss, 6ss, Cynthia L. Horry (3) count(s) 2ss, 3ss, 8ss, Shawn Eugene Wimberly (4) count(s) 2ss, 12ss, 13ss (1016) [Entry date 11/16/93]

11/8/93   --   ARRAIGNMENT  held as to defendant Olee Wonzo Robinson, plea of not guilty entered  - Magistrate Judge Marc L. Goldman - D/Atty: Chris Andreoff  - AUSA: Mark Jones  - Tape #: 93-34 (1050) [Entry date 11/16/93]

11/8/93   131   JURY list (1087) [Entry date 11/17/93]

11/8/93   --   VOIR DIRE  held    before Judge Stewart Newblatt  - Court Reporter: Tammy Hallwood (1087) [Entry date 11/17/93]

11/8/93   132   ACKNOWLEDGEMENT by defendant Olee Wonzo Robinson  and defense counsel  of third superseding indictment (1087) [Entry date 11/17/93]

11/8/93   136   WITNESS list by plaintiff USA with proof of mailing (1087) [Entry date 11/17/93]

11/8/93   137   EXHIBIT list by plaintiff USA with proof of mailing (1087) [Entry date 11/17/93]

11/8/93   138   SECOND MOTION by defendant Olee Wonzo Robinson  to prohibit Government from mentioning any extrinsic offenses or other acts of misconduct and to provide immediate notice of any acts to be offered at trial with brief in support (1087) [Entry date 11/17/93] [Edit date 05/06/96]

11/8/93   139   MOTION by defendant Olee Wonzo Robinson to suppress evidence based upon an illegal search and seizure, and demand for evidentiary hearing with brief in support and exhibit (1087) [Entry date 11/17/93]

11/8/93   140   PROOF of mailing as to second motion to prohibit government from mentioning extrinsic offenses and motion  to suppress on 11/8/93 (1087) [Entry date 11/17/93]

11/9/93   --   CRIMINAL jury trial  begun and continued  to 11/10/93 for Olee Wonzo Robinson  - Judge Stewart Newblatt  - Court Reporter: Tammy Hallwood (1087) [Entry date 11/17/93]

11/9/93   --   EVIDENTIARY hearing begun and continued as to Defendant West's motion to dismiss indictment to 11/10/93 - Judge Stewart Newblatt  - Court Reporter: T. Hallwood (1144) [Entry date 12/13/93]

11/10/93 --    CRIMINAL jury trial held and continued to 8:00 11/15/93 for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry - Judge Stewart Newblatt - Court Reporter: Tammy Hallwood (1087) [Entry date 11/17/93]

11/12/93 146   TRANSCRIPT of proceedings taken on 11/1/93 (Transcript located in Deft #1 file) (1087) [Entry date 11/17/93]

11/15/93 --    CRIMINAL jury trial held and continued to 8:00 11/16/93 for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry - Judge Stewart Newblatt - Court Reporter: Tammy Hallwood (1087) [Entry date 11/17/93]

11/16/93 --    CRIMINAL jury trial held and continued to 8:00 11/17/93 for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry - Judge Stewart Newblatt - Court Reporter: Tammy Hallwood (1087) [Entry date 11/17/93]

11/16/93 147   TRANSCRIPT of proceedings (Opening Statement) taken on 11/9/93 (Placed in file of Deft #1) (1087) [Entry date 11/17/93]

11/17/93 --    CRIMINAL jury trial held and continued to 8:00 11/18/93 for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry - Judge Stewart Newblatt - Court Reporter: Tammy Hallwood (1087) [Entry date 11/22/93]

11/17/93 --    MOTION hearing held as to defendant Olee Wonzo Robinson on motion to suppress evidence based upon an illegal search and seizure by Olee Wonzo Robinson [139-1], motion demand for evidentiary hearing by Olee Wonzo Robinson [139-2] - disposition: DENIED - Judge Stewart Newblatt - Court Reporter: Tammy Hallwood (1087) [Entry date 11/22/93]

11/18/93 --    CRIMINAL jury trial held and continued to 8:00 11/19/93 for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry - Judge Stewart Newblatt - Court Reporter: Tammy Hallwood (1087) [Entry date 11/22/93]

11/19/93 --    CRIMINAL jury trial held and continued to 8:00 11/22/93 for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry - Judge Stewart Newblatt - Court Reporter: Tammy Hallwood (1087) [Entry date 11/22/93]

11/22/93 --    CRIMINAL jury trial held and continued to 8:00 11/23/93 for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry - Judge Stewart Newblatt - Court Reporter: Tammy Hallwood (1087) [Entry date 11/23/93]

11/23/93 --    CRIMINAL jury trial held and continued to 8:00 11/30/93 for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry - Judge Stewart Newblatt - Court Reporter: Tammy Hallwood (1164) [Entry date 12/01/93]

11/24/93 148   ORDER by Judge Stewart Newblatt denying motion to suppress evidence based upon an illegal search and seizure by Olee Wonzo Robinson [139-1] with proof of mailing (1164) [Entry date 12/09/93] [Edit date 12/09/93]

11/30/93 --    CRIMINAL jury trial held and continued to 8:00 12/1/93 for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry - Judge Stewart Newblatt - Court Reporter: Tammy Hallwood (1164) [Entry date 12/01/93]

12/1/93 --     CRIMINAL jury trial held and continued to 8:00 12/2/93

for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry  - Judge Stewart Newblatt  - Court Reporter: Tammy Hallwood (1164) [Entry date 12/01/93]

12/2/93  --    CRIMINAL jury trial  held and continued  to 8:00 12/3/93 for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry  - Judge Stewart Newblatt  - Court Reporter: Tammy Hallwood (1164) [Entry date 12/06/93]

12/3/93  --    CRIMINAL jury trial  held and continued  to 8:00 12/6/93 for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry  - Judge Stewart Newblatt  - Court Reporter: Tammy Hallwood (1164) [Entry date 12/06/93]

12/6/93  --    CRIMINAL jury trial  held and continued  to 8:00 12/7/93 for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry  - Judge Stewart Newblatt  - Court Reporter: Tammy Hallwood (1164) [Entry date 12/07/93]

12/7/93  --    CRIMINAL jury trial  held and continued  to 8:00 12/8/93 for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry  - Judge Stewart Newblatt  - Court Reporter: Tammy Hallwood (1164) [Entry date 12/09/93]

12/8/93  149    TRANSCRIPT of proceedings (excerpt of direct examination of Edward Osborne) taken on 12/3/93 (1164) [Entry date 12/09/93]

12/8/93  --    CRIMINAL jury trial  held and continued  to 8:00 12/9/93 for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry  - Judge Stewart Newblatt  - Court Reporter: Tammy Hallwood (1164) [Entry date 12/09/93]

12/9/93  --    CRIMINAL jury trial  held and continued  to 8:00 12/20/93 for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry  - Judge Stewart Newblatt  - Court Reporter: Tammy Hallwood (1016) [Entry date 01/10/94]

12/10/93 150    TRANSCRIPT order form by plaintiff USA  regarding requesting transcript(s) of: 11/8/93 to 12/9/93 opening statement of David Wright and testimony of Cynthia Horry 12/9/93 (1016) [Entry date 01/07/94]

12/14/93 151    TRANSCRIPT of proceedings as to defendant Olee Wonzo Robinson, defendant Michelle West, defendant Cynthia L. Horry  taken on 11/9/93 before Judge Newblatt and a jury (placed in 93-50028-1) (1016) [Entry date 01/07/94]

12/14/93 152    TRANSCRIPT of proceedings as to defendant Olee Wonzo Robinson, defendant Michelle West, defendant Cynthia L. Horry  taken on 12/9/93 before Judge Newblatt and a jury (transcript placed in 93-50028-1) (1016) [Entry date 01/07/94]

12/20/93 153    PROPOSED JURY instructions filed as to defendant Olee Wonzo Robinson with proof of mailing (1016) [Entry date 01/07/94]

12/20/93 --    CRIMINAL jury trial  held and continued  to 8:00 12/21/93 for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry  - Judge Stewart Newblatt  - Court Reporter: Tammy Hallwood (1016) [Entry date 01/10/94]

12/21/93 --    CRIMINAL jury trial  held and continued  to 8:00 12/22/93 for Olee Wonzo Robinson, for Michelle West, for Cynthia L. Horry  - Judge Stewart Newblatt  - Court Reporter: Tammy

http://pacer.mied.uscourts.gov/dc/cgi-bin/pacer740.pl

S: District Court Web PAGER (2.3) Docket Report    Case 4:93-cr-50028-PGB-SDP   ECF No. 532, PageID.13974   Filed 02/21/03   Page 39 of 50

Hallwood (1016) [Entry date 01/10/94]

12/22/93 154   ORDER   by Judge Stewart Newblatt  as to defendant Olee
Wonzo Robinson, defendant Michelle West, defendant Cynthia
L. Horry, for dinner for jurors(order placed in
93-50028-1) (1016) [Entry date 01/07/94]

12/22/93 155   STIPULATIONS by Defendants Olee Wonzo Robinson, Michelle
West, Cynthia L. Horry, plaintiff USA   , regarding various
issues as to defendants Olee Wonzo Robinson, Michelle West,
Cynthia L. Horry (stipulations placed in 93-50028-1) (1016)
[Entry date 01/07/94] [Edit date 01/07/94]

12/22/93 156   ORDER   by Judge Stewart Newblatt  as to defendant Olee
Wonzo Robinson, defendant Michelle West, defendant Cynthia
L. Horry regarding pending motions.  Defendant Robinson's
motion to suppress consensual records moot; Defendant
Horry's and Defendant Robinson's motion for bill of
particulars denied, Defendant Robinson's motion to dismiss
Count III denied, Defendant Robinson's motion to file
additional motions moot, Defendant Robinson's motion for
discovery and disclosure moot; Defendant Robinson's motion
to dimisss Count II denied; Defendant Robinson's motion to
sever counts is denied; Defendant Robinson's motion to
transfer case to Detroit, denied; Defendant Robinson's
motion to prohibit mention of extrinsic acts denied;
Defendant Robinson's motion for disclosure of electronic
surveillance moot; Motion to withdraw as counsel filed by
Attorney Robinson denied; Defendant Robinson's second
motion to prohibit extrinsic acts is moot.  Proof of
mailing (1016) [Entry date 01/10/94]

12/22/93 --    CRIMINAL jury trial  held  - Judge Stewart Newblatt  -
Court Reporter: Tammy Hallwood (1016) [Entry date 01/10/94]

12/22/93 --    CRIMINAL jury trial  concluded  - Judge Stewart Newblatt  -
Court Reporter: Tammy Hallwood (1016) [Entry date 01/10/94]

12/22/93 --    JURY verdict,  of guilty entered as to Olee Wonzo Robinson
(1) count(s) 1sss, 2sss, 3sss, 4sss, 7sss, 9sss, 10sss,
11sss, 13sss, Michelle West (2) count(s) 2ss, 3ss, 5ss,
6ss, Cynthia L. Horry (3) count(s) 8ss,  of guilty
entered as to Olee Wonzo Robinson (1) count(s) 14sss,  of
not guilty entered as to Cynthia L. Horry (3) count(s) 2ss,
3ss  - Judge Stewart Newblatt   - Court Reporter: Tammy
Hallwood (1016) [Entry date 01/10/94]

12/27/93 157   TRANSCRIPT of cross and redirection examination proceedings
of Cynthia Horry as to trial of Defendants, Olee Wonzo
Robinson, Michelle West, Cynthia L. Horry  taken on 12/20/93
(transcript placed in 93-50028-1) (1016)
[Entry date 01/07/94] [Edit date 01/10/94]

12/29/93 158   VERDICT form as to defendant Olee Wonzo Robinson, defendant
Michelle West, defendant Cynthia L. Horry (1016)
[Entry date 01/10/94] [Edit date 01/10/94]

12/30/93 159   JURY instructions filed as to Olee Wonzo Robinson, Michelle
West, Cynthia L. Horry (placed in 93-50028-1) (1016)
[Entry date 01/07/94] [Edit date 01/10/94]

12/30/93 160   ORDER   by Judge Stewart Newblatt  as to defendant Olee
Wonzo Robinson, for extension of time to file motions for
judgment of acquittal and for new trial as to defendant
Olee Wonzo Robinson to be filed within 40 days of the

return of the verdict in this matter (1016)
[Entry date 01/10/94]

1/24/94   163   TRANSCRIPT of proceedings as to defendant Olee Wonzo
Robinson, defendant Michelle West, defendant Cynthia L.
Horry  taken on 12/9/93 (excerpt of jury trial) (transcript
placed in file 93-50028-1) (1016) [Entry date 01/27/94]

1/25/94   164   MOTION by defendant Olee Wonzo Robinson for judgment of
acquittal and for new trial with brief & proof of mailing
(1016) [Entry date 02/08/94] [Edit date 05/06/94]

3/2/94    168   RESPONSE by plaintiff USA  to motion for judgment of
acquittal and for new trial by Olee Wonzo Robinson [164-1]
with brief, attachments and proof of mailing (1016)
[Entry date 03/17/94]

3/11/94   --    SCHEDULE:  by Judge Stewart Newblatt  as to Olee Wonzo
Robinson sentencing set for 3:00 5/18/94 for Olee Wonzo
Robinson (1284) [Entry date 03/11/94]

3/11/94   --    SCHEDULE:  by Judge Stewart Newblatt  as to Olee Wonzo
Robinson sentencing set for 3:00 4/18/94 for Olee Wonzo
Robinson (1284) [Entry date 03/11/94]

3/11/94   169   EXHIBITS filed by plaintiff USA as to defendant Olee Wonzo
Robinson, defendant Michelle West, defendant Cynthia L.
Horry with proof of mailing (1016) [Entry date 03/17/94]

3/17/94   170   MOTION by defendant Olee Wonzo Robinson to withdraw by
Christopher A. Andreoff  as attorney for Olee Wonzo
Robinson with brief & proof of mailing (1016)
[Entry date 03/18/94] [Edit date 05/06/94]

4/5/94    171   MOTION by defendant Olee Wonzo Robinson for judgment of
acquittal or a new trial with attachments, proof of
mailing. (1053) [Entry date 04/19/94]

4/5/94    172   ORDER by Judge Stewart Newblatt the Court received a letter
with lengthy attachments from Olee Wonzo Robinson. I
consider it an ex parte communication from a represented
party and there will be no response from the Court, with
proof of mailing. (1053) [Entry date 04/19/94]

4/6/94    182   TRANSCRIPT of proceedings as to defendants Olee Wonzo
Robinson,  Michelle West, Cynthia L. Horry  taken on
12/1/93 before Judge Newblatt. (1053) [Entry date 04/19/94]

4/6/94    183   TRANSCRIPT of proceedings as to defendants Olee Wonzo
Robinson,  Michelle West, Cynthia L. Horry  taken on
12/2/93 before Judge Newblatt. (1053) [Entry date 04/19/94]

4/6/94    184   TRANSCRIPT of proceedings as to defendants Olee Wonzo
Robinson,  Michelle West, Cynthia L. Horry  taken on
12/3/93 before Judge Newblatt. (1053) [Entry date 04/19/94]

4/6/94    185   TRANSCRIPT of proceedings as to defendants Olee Wonzo
Robinson,  Michelle West,  Cynthia L. Horry  taken on
12/6/93 before Judge Newblatt. (1053) [Entry date 04/19/94]

4/6/94    186   TRANSCRIPT of proceedings as to defendants Olee Wonzo
Robinson,  Michelle West,  Cynthia L. Horry  taken on
12/7/93 before Judge Newblatt. (1053) [Entry date 04/19/94]

4/8/94    173   ORDER by Judge Stewart Newblatt striking motion for

judgment of acquittal by Olee Wonzo Robinson [171-1], striking motion new trial by Olee Wonzo Robinson [171-2] with proof of mailing. (1053) [Entry date 04/19/94]

4/15/94 -- SCHEDULE: by Judge Stewart Newblatt as to Olee Wonzo Robinson sentencing (1284) [Entry date 04/15/94]

4/20/94 188 AUTHORIZATION and voucher for payment of transcript for Jerry Curtis Davis. (1053) [Entry date 04/21/94]

4/25/94 189 SUPPLEMENTAL brief by plaintiff USA motion regarding sentencing guidelines and requesting upward departure as to defendant Cynthia L. Horry by USA [166-1] with attachments (1016) [Entry date 04/25/94]

4/26/94 -- SENTENCING held as to defendant Olee Wonzo Robinson - Judge Stewart Newblatt - D/Atty: Chris Androff - AUSA: Mark Jones - Court Reporter: Delta (1016) [Entry date 04/29/94]

4/26/94 -- SENTENCING held as to Olee Wonzo Robinson - Judge Stewart Newblatt - D/Atty: Chris Andreoff - AUSA: Mark C. Jones - Court Reporter: Delta (1284) [Entry date 05/03/94]

4/26/94 191 JUDGMENT and commitment order entered by Judge Stewart Newblatt sentencing Olee Wonzo Robinson (1) count(s) 1sss, 2sss, 3sss, 4sss, 7sss, 9sss, 10sss, 11sss, 13sss, 14sss (1016) [Entry date 05/12/94]

4/26/94 191 ORDER by Judge Stewart Newblatt, to dismiss count(s) as to Olee Wonzo Robinson (1) count(s) 1ss, 1, 1s, 2ss, 2s, 3ss, 3s, 4ss, 6s, 7ss, 8s, 9ss-10ss, 9s, 10s, 11ss, 13ss, 14ss (1016) [Entry date 05/12/94]

4/26/94 192 FINANCIAL affidavit on proceedings by defendant Olee Wonzo Robinson (1016) [Entry date 05/13/94]

4/26/94 193 APPEAL by defendant Olee Wonzo Robinson of order to dismiss count(s) as to Olee Wonzo Robinson (1) count(s) [191-2], order sentencing Olee Wonzo Robinson (1) count(s) 1sss, 2sss, 3sss, 4sss, 7sss, 9sss, 10sss, 11sss, 13sss, 14sss [191-1], order [191-2] USCA - FEE: PAID - Receipt #: 03537 (1016) [Entry date 05/13/94]

4/26/94 -- PROCEDURAL interval begun for Olee Wonzo Robinson (1) count(s) 1sss of type P7 (1016) [Entry date 05/13/94]

4/26/94 -- JS3 generated (1049) [Entry date 05/27/94]

5/4/94 194 ORDER by Judge Stewart Newblatt denying motion for judgment of acquittal by Olee Wonzo Robinson [171-1], denying motion new trial by Olee Wonzo Robinson [171-2], granting motion to withdraw by Christopher A. Andreoff as attorney for Olee Wonzo Robinson 170-1] granting motion by Olee Robinson for appointment of appellate counsel (1016) [Entry date 05/13/94]

5/6/94 195 ORDER by Judge Stewart Newblatt denying motion for judgment of acquittal by Olee Wonzo Robinson [171-1], denying motion new trial by Olee Wonzo Robinson [171-2] (1016) [Entry date 05/13/94]

5/9/94 196 APPOINTMENT for defendant Olee Wonzo Robinson of attorney William W. Swor Voucher # 0416334 (1016) [Entry date 05/13/94]

| 5/13/94 | 197 | copy of appeal notice by Olee Wonzo Robinson [193-1] and docket transmitted to USCA (1016) [Entry date 05/13/94] |
| 5/13/94 | 198 | PROOF of mailing as to defendant Olee Wonzo Robinson of Notice of Appeal upon Attorney for Appellant, Attorney for Appellee and the Court of Appeals (1016) [Entry date 05/13/94] |
| 5/24/94 | 207 | ACKNOWLEDGEMENT from USCA of receipt of appeal notice by Olee Wonzo Robinson [193-1] - appeal case # 94-1538 (1016) [Entry date 06/01/94] |
| 5/25/94 | 205 | SUPPLEMENTAL brief by plaintiff USA motion regarding guidelines as to defendant Michelle West by USA [190-1] (1016) [Entry date 05/31/94] |
| 6/9/94 | 212 | DESIGNATION of record by defendant Olee Wonzo Robinson as to defendant Olee Wonzo Robinson for appeal notice by Olee Wonzo Robinson [193-1] with proof of mailing (1016) [Entry date 06/13/94] |
| 6/9/94 | 213 | PROOF of mailing as to defendant Olee Wonzo Robinson of Transcript Order (1016) [Entry date 06/13/94] |
| 6/9/94 | 214 | TRANSCRIPT order form by defendant Olee Wonzo Robinson regarding appeal notice by Olee Wonzo Robinson [193-1] requesting transcript(s) of: 11/17/93, 11/9, 11/10, 11/15-11/19, 11/22,11/23, 11/30, 1993, 12/1/93-12/3/93, 12/6/93-12/9/93, 12/20/93-12/22/93 (1016) [Entry date 06/13/94] |
| 7/28/94 | 226 | TRANSCRIPT of trial proceedings as to Olee Wonzo Robinson, Michelle West, Cynthia L. Horry taken on 11/9/93 (transcript placed in 93-50028-1) (1016) [Entry date 07/29/94] [Edit date 07/29/94] |
| 7/28/94 | 227 | TRANSCRIPT of trial proceedings as to Olee Wonzo Robinson, Michelle West, Cynthia L. Horry taken on 11/10/93 (transcript placed in 93-50028-1) (1016) [Entry date 07/29/94] [Edit date 07/29/94] |
| 7/28/94 | 228 | TRANSCRIPT of trial proceedings as to Olee Wonzo Robinson, Michelle West, Cynthia L. Horry taken on 11/15/93 (transcript placed in 93-50028-1) (1016) [Entry date 07/29/94] [Edit date 07/29/94] |
| 7/28/94 | 229 | TRANSCRIPT of trial proceedings as to Olee Wonzo Robinson, Michelle West, Cynthia L. Horry taken on 11/16/93 (transcript placed in 93-50028-1) (1016) [Entry date 07/29/94] [Edit date 07/29/94] |
| 7/28/94 | 230 | TRANSCRIPT of trial proceedings as to Olee Wonzo Robinson, Michelle West, Cynthia L. Horry taken on 11/16/93 (transcript placed in 93-50028-1) (1016) [Entry date 07/29/94] [Edit date 07/29/94] |
| 7/28/94 | 231 | TRANSCRIPT of proceedings as to Olee Wonzo Robinson, Michelle West, Cynthia L. Horry taken on 11/18/93 (transcript placed in 93-50028-1) (1016) [Entry date 07/29/94] |
| 7/28/94 | 232 | TRANSCRIPT of proceedings as to Olee Wonzo Robinson, Michelle West, Cynthia L. Horry taken on 11/19/93 (transcript placed in 93-50028-1) (1016) |

CASE 4:93-cr-50028-TGB-SDP   ECF No. 532, PageID.13978   Filed 02/21/03   Page 43 of 50

[Entry date 07/29/94]

7/28/94   233   TRANSCRIPT of proceedings as to Olee Wonzo Robinson,
Michelle West, Cynthia L. Horry   taken on 11/22/93
(transcript placed in 93-50028-1) (1016)
[Entry date 07/29/94]

7/28/94   234   TRANSCRIPT of trial proceedings as to Olee Wonzo Robinson,
Michelle West, Cynthia L. Horry   taken on 11/23/93
(transcript placed in 93-50028-1) (1016)
[Entry date 07/29/94] [Edit date 07/29/94]

7/28/94   235   TRANSCRIPT of trial proceedings as to Olee Wonzo Robinson,
Michelle West, Cynthia L. Horry   taken on 11/30/93
(transcript placed in 93-50028-1) (1016)
[Entry date 07/29/94] [Edit date 07/29/94]

7/28/94   236   TRANSCRIPT of trial proceedings as to Olee Wonzo Robinson,
Michelle West, Cynthia L. Horry   taken on 12/1/93
(transcript placed in 93-50028-1) (1016)
[Entry date 07/29/94] [Edit date 07/29/94]

7/28/94   237   TRANSCRIPT of trial proceedings as to Olee Wonzo Robinson,
Michelle West, Cynthia L. Horry   taken on 12/2/93
(transcript placed in 93-50028-1) (1016)
[Entry date 07/29/94]

7/28/94   238   TRANSCRIPT of trial proceedings as to Olee Wonzo Robinson,
Michelle West, Cynthia L. Horry   taken on 12/3/93
(transcript placed in 93-50028-1) (1016)
[Entry date 07/29/94]

7/28/94   239   TRANSCRIPT of trial proceedings as to Olee Wonzo Robinson,
Michelle West, Cynthia L. Horry   taken on 12/6/93
(transcript placed in 93-50028-1) (1016)
[Entry date 07/29/94] [Edit date 07/29/94]

7/28/94   240   TRANSCRIPT of trial proceedings as to Olee Wonzo Robinson,
Michelle West, Cynthia L. Horry   taken on 12/7/93
(transcript placed in 93-50028-1) (1016)
[Entry date 07/29/94]

7/28/94   241   TRANSCRIPT of trial proceedings as to Olee Wonzo Robinson,
Michelle West, Cynthia L. Horry   taken on 12/8/93
(transcript placed in 93-50028-1) (1016)
[Entry date 07/29/94]

7/28/94   242   TRANSCRIPT of trial proceedings as to Olee Wonzo Robinson,
Michelle West, Cynthia L. Horry   taken on 12/9/93
(transcript placed in 93-50028-1) (1016)
[Entry date 07/29/94]

7/28/94   243   TRANSCRIPT of trial proceedings as to Olee Wonzo Robinson,
Michelle West, Cynthia L. Horry   taken on 12/20/93
(transcript placed in 93-50028-1) (1016)
[Entry date 07/29/94]

7/28/94   244   TRANSCRIPT of trial proceedings as to Olee Wonzo Robinson,
Michelle West, Cynthia L. Horry   taken on 12/21/93
(transcript placed in 93-50028-1) (1016)
[Entry date 07/29/94]

7/28/94   245   TRANSCRIPT of trial proceedings as to Olee Wonzo Robinson,
Michelle West, Cynthia L. Horry   taken on 12/22/93
(transcript placed in 93-50028-1) (1016)

Case 4:93-cr-50028-TGB-SDP   ECF No. 532, PageID.13979   Filed 02/21/03   Page 44 of 50

[Entry date 07/29/94]

| Date | No. | Description |
|---|---|---|
| 8/3/94 | 247 | AUTHORIZATION and voucher for payment of transcript (1144) [Entry date 08/04/94] |
| 9/6/94 | 251 | TRANSCRIPT of proceedings as to defendant Olee Wonzo Robinson, defendant Michelle West, defendant Cynthia L. Horry taken on 11/9/93 (1144) [Entry date 09/08/94] |
| 9/6/94 | 252 | TRANSCRIPT of proceedings as to defendant Olee Wonzo Robinson, defendant Michelle West, defendant Cynthia L. Horry taken on 12/22/93 (1144) [Entry date 09/08/94] |
| 9/6/94 | 253 | TRANSCRIPT of proceedings as to defendant Olee Wonzo Robinson, defendant Michelle West, defendant Cynthia L. Horry taken on 12/21/93 (1144) [Entry date 09/08/94] |
| 10/12/94 | 260 | TRANSCRIPT of proceedings as to defendant Olee Wonzo Robinson taken on 6/9/94 (Sentencing) (1144) [Entry date 10/12/94] |
| 10/28/94 | 262 | AUTHORIZATION and voucher for payment of transcript as to defendant Robinson (1049) [Entry date 11/01/94] |
| 12/19/94 | 264 | TRANSCRIPT of proceedings as to defendant Olee Wonzo Robinson taken on 9/21/93 (1144) [Entry date 12/27/94] |
| 12/19/94 | 265 | TRANSCRIPT of proceedings as to defendant Olee Wonzo Robinson taken on 9/24/93 (1144) [Entry date 12/27/94] |
| 12/19/94 | 266 | TRANSCRIPT of proceedings as to defendant Olee Wonzo Robinson, defendant Michelle West, defendant Cynthia L. Horry taken on 9/28/93 (1144) [Entry date 12/27/94] |
| 12/19/94 | 267 | TRANSCRIPT of proceedings as to defendant Olee Wonzo Robinson, defendant Michelle West, defendant Cynthia L. Horry taken on 11/1/93 (1144) [Entry date 12/27/94] |
| 12/27/94 | 268 | TRANSCRIPT of proceedings as to defendant Olee Wonzo Robinson, defendant Michelle West, defendant Cynthia L. Horry taken on 12/21/93 (1144) [Entry date 12/27/94] |
| 1/23/95 | 270 | JOINT motion by defendant Olee Wonzo Robinson, defendant Michelle West to expand and/or settle the record as to defendant Olee Wonzo Robinson, defendant Michelle West with brief, attachment and proof of mailing (1144) [Entry date 02/01/95] |
| 2/9/95 | 272 | RESPONSE by plaintiff USA to motion to expand and/or settle the record as to defendant Olee Wonzo Robinson, defendant Michelle West by defendants [270-1] with brief, Affidavit of Mark Jones and Proof of Mailing (1016) [Entry date 02/16/95] |
| 2/17/95 | -- | SCHEDULE: by Judge Stewart Newblatt hearing on motion to expand and/or settle the record as to defendant Olee Wonzo Robinson, defendant Michelle West by defendants [270-1] set for 2:00 4/4/95 for Olee Wonzo Robinson (1284) [Entry date 02/17/95] |
| 4/11/95 | 274 | NOTICE as to defendant Olee Wonzo Robinson of hearing on motion to expand and/or settle the record as to defendant Olee Wonzo Robinson, defendant Michelle West [270-1] (1144) [Entry date 04/13/95] |

1/31/03 11:02 AM

4/11/95  --    SCHEDULE: as to defendant Olee Wonzo Robinson hearing on
               motion to expand and/or settle the record as to defendant
               Olee Wonzo Robinson, defendant Michelle West [270-1] set
               for 2:30 5/3/95 for Olee Wonzo Robinson (1144)
               [Entry date 04/13/95]

4/29/95  280   AUTHORIZATION of payment to attorney Scott Keillor in the
               amount of $171.00 for representing material witness Anthony
               Bowling under Voucher # 0416257 (1016) [Entry date 05/18/95]

5/3/95   --    MOTION hearing  held as to defendant Olee Wonzo Robinson on
               motion to expand and/or settle the record as to defendant
               Olee Wonzo Robinson, defendant Michelle West by defendants
               [270-1]   - disposition: taken under advisement  - Judge
               Stewart Newblatt   - Court Reporter: Delta (1284)
               [Entry date 05/22/95]

5/8/95   279   MOTION by defendant Olee Wonzo Robinson  as to defendant
               Olee Wonzo Robinson for new trial (1144)
               [Entry date 06/14/95]

5/22/95  282   ORDER   by Judge Stewart Newblatt as to defendant Olee
               Wonzo Robinson granting motion to expand and/or settle the
               record as to defendant Olee Wonzo Robinson, defendant
               Michelle West by defendants [270-1] (1016)
               [Entry date 07/07/95]

5/30/95  283   RESPONSE by plaintiff USA  as to defendant Olee Wonzo
               Robinson  to motion for new trial by Olee Wonzo Robinson
               [279-1] with brief, exhibits 1 and 2 and proof of mailing
               (1144) [Entry date 06/14/95] [Edit date 07/07/95]

6/1/95   284   ORDER by Judge Stewart Newblatt as to defendant Olee Wonzo
               Robinson denying motion for new trial by Olee Wonzo Robinson
               [279-1] (1144) [Entry date 06/28/95]
               [Edit date 07/07/95]

6/9/95   285   REPLY by defendant Olee Wonzo Robinson to response to motion
               for new trial by Olee Wonzo Robinson [279-1] with proof of
               mailing (1144) [Entry date 06/14/95]
               [Edit date 07/07/95]

6/16/95  286   MOTION by defendant Olee Wonzo Robinson  as to defendant
               Olee Wonzo Robinson for reconsideration of order [284-1]
               with brief & proof of mailing (1144) [Entry date 06/28/95]
               [Edit date 07/07/95]

6/16/95  287   APPEAL by defendant Olee Wonzo Robinson  of order [284-1] to
               USCA   - FEE: not paid (1144) [Entry date 06/28/95]
               [Edit date 07/07/95]

6/28/95  288   CERTIFIED copy of appeal notice  by Olee Wonzo Robinson
               [286-1] and docket   transmitted to USCA as to defendant
               Olee Wonzo Robinson (1144) [Entry date 06/28/95]
               [Edit date 07/07/95]

6/28/95  289   PROOF of mailing  as to defendant Olee Wonzo Robinson of
               Notice of Appeal and Related Documents to U.S. Court of
               Appeals, defendant Olee Wonzo Robinson and Assistant U.S.
               Attorney Mark Jones (1144) [Entry date 06/28/95]
               [Edit date 07/07/95]

7/12/95  290   TRANSCRIPT of proceedings as to defendant Olee Wonzo
               Robinson, defendant Michelle West  taken on 4/6/95 (1144)
               [Entry date 07/13/95]

1/31/03 11:02 AM

7/13/95   294     ORDER   by Judge Stewart Newblatt as to defendant Olee
                  Wonzo Robinson denying motion for reconsideration of order
                  [284-1] by Olee Wonzo Robinson [286-1] (1016)
                  [Entry date 09/28/95]

7/21/95   291     ACKNOWLEDGEMENT as to defendant Olee Wonzo Robinson  from
                  USCA of receipt of appeal notice  by Olee Wonzo Robinson
                  [287-1]   - appeal case # 95-1725 (1016)
                  [Entry date 07/25/95]

8/7/95    292     CERTIFIED copy of order from USCA dismissing appeal for
                  want of prosecution - appeal case # 95-1725 as to defendant
                  Olee Wonzo Robinson (1144) [Entry date 08/08/95]

9/20/95   293     RECORD of appeal notice  by Olee Wonzo Robinson [287-1]
                  consisting of: eight volume(s) of pleadings forty six
                  transcript(s) none deposition(s)  transmitted to USCA as to
                  defendant Olee Wonzo Robinson (1016) [Entry date 09/20/95]

9/25/95   295     CERTIFIED copy of order  from USCA case [0-0] reinstated  -
                  appeal case # 95-1725  - record not returned as to
                  defendant Olee Wonzo Robinson (1016) [Entry date 10/02/95]

9/27/95   296     MOTION by defendant Olee Wonzo Robinson for new trial for
                  Jencks Act violation and for an evidentiary hearing with
                  brief & proof of mailing (1016) [Entry date 10/02/95]
                  [Edit date 10/02/95]

10/2/95   297     ORDER   by Judge Stewart Newblatt as to defendant Olee
                  Wonzo Robinson, deadline for response to motion for new
                  trial for Jencks Act violation and for an evidentiary
                  hearing by Olee Wonzo Robinson [296-1] (1016)
                  [Entry date 10/13/95]

10/12/95 298      ACKNOWLEDGEMENT as to defendant Olee Wonzo Robinson  from
                  USCA of receipt of appeal record [293-1]   - appeal case #
                  94-1538/94-1727 (1144) [Entry date 10/19/95]

10/20/95 299      RESPONSE by plaintiff USA  as to defendant Olee Wonzo
                  Robinson  to motion for new trial for Jencks Act violation
                  and for an evidentiary hearing by Olee Wonzo Robinson
                  [296-1] with brief, attachments & proof of mailing (1144)
                  [Entry date 10/25/95]

10/31/95 300      REPLY by defendant Olee Wonzo Robinson  to response to
                  motion for new trial for Jencks Act violation and for an
                  evidentiary hearing by Olee Wonzo Robinson [296-1] with
                  proof of mailing (1016) [Entry date 11/01/95]

11/24/95 301      MOTION by defendant Olee Wonzo Robinson as to defendant Olee
                  Wonzo Robinson for new trial with brief, exhibits A
                  through L.  (This pleading was stricken pursuant to an order
                  entered 11/28/95). (1144) [Entry date 11/30/95]
                  [Edit date 11/30/95]

11/28/95 302      ORDER by Judge Stewart Newblatt as to defendant Olee Wonzo
                  Robinson striking motion for new trial by Olee Wonzo
                  Robinson [301-1] (1144) [Entry date 11/30/95]

11/30/95 303      MOTION by defendant Olee Wonzo Robinson  as to defendant
                  Olee Wonzo Robinson for new trial with exhibits A through
                  L (1144) [Entry date 12/01/95]

12/11/95 304      MOTION by defendant Olee Wonzo Robinson  as to defendant

Olee Wonzo Robinson for recusal as to Judge Stewart A. Newblatt as to defendant Olee Wonzo Robinson with proof of mailing (1144) [Entry date 12/15/95]

4/1/96   305   STIPULATION by Olee Wonzo Robinson, Michelle West, USA , to include the specified government exhibits in the certified record for purposes of appeal as to Olee Wonzo Robinson, Michelle West with exhibits 1, 28, 47, 49, 54, 55, 56, 135, 532, 557, 600 and 629 attached (1016) [Entry date 04/09/96] [Edit date 04/10/96]

4/10/96   306   SUPPLEMENTAL record of appeal record [293-1] consisting of: 1 volume(s) of pleadings 0 transcript(s) 0 deposition(s) sent to USCA " (1144) [Entry date 04/10/96]

4/10/96   307   AUTHORIZATION  by Judge Stewart Newblatt  to pay William W. Swor attorney for defendant Olee Wonzo Robinson  Voucher # 0416334 (1144) [Entry date 04/17/96]

5/3/96   308   MOTION by defendant Olee Wonzo Robinson  as to defendant Olee Wonzo Robinson for new trial with brief and attachments (1144) [Entry date 05/09/96]

5/6/96   309   ACKNOWLEDGEMENT as to defendant Olee Wonzo Robinson from USCA of receipt of appeal supplement [306-1] - appeal # 94-1538 (1144) [Entry date 05/13/96]

5/9/96   310   ORDER by Judge Stewart Newblatt as to defendant Olee Wonzo Robinson denying motion for new trial by Olee Wonzo [308-1], denying motion for recusal as to Judge Stewart A. Newblatt as to defendant Olee Wonzo Robinson by Olee Wonzo Robinson [304-1], denying motion for new trial by Olee Wonzo Robinson [303-1] (1144) [Entry date 05/21/96]

9/9/96   311   NON-CERTIFIED copy of order as to defendant Olee Wonzo Robinson  from USCA affirming the decision of the District Court  - appeal case # 94-1538  - record not returned (1016) [Entry date 09/11/96]

11/27/96   314   MANDATE from USCA affirming the decision of the District Court - appeal case # 94-1538 - record not returned as to defendant Olee Wonzo Robinson (th) [Entry date 12/05/96]

12/23/96   315   MOTION by defendant Olee Wonzo Robinson  as to defendant Olee Wonzo Robinson for bond pending appeal as to defendant Olee Wonzo Robinson with exhibits A through N and proof of mailing (th) [Entry date 12/31/96]

1/6/97   316   DESIGNATION of record by defendant Olee Wonzo Robinson as to defendant Olee Wonzo Robinson for appeal #95-1725 (th) [Entry date 01/17/97]

1/9/97   317   RECORD of appeal returned from USCA - appeal case # 94-1538 as to defendant Olee Wonzo Robinson (th) [Entry date 01/17/97]

1/23/97   318   MOTION by plaintiff USA  as to defendant Olee Wonzo Robinson to extend time to answer motion for bond pending appeal as to defendant Olee Wonzo Robinson by Olee Wonzo Robinson [315-1]  with brief & proof of mailing (th) [Entry date 01/28/97]

1/29/97   319   ORDER by Judge Stewart Newblatt as to defendant Olee Wonzo Robinson granting motion to extend time to answer motion for bond pending appeal as to defendant Olee Wonzo Robinson

Case 4:95-cr-50028-PGB-SDP   ECF No. 532, PageID.13983   Filed 02/21/03   Page 48 of 50

[315-1]  by USA [318-1] (pm) [Entry date 02/21/97]

3/4/97   320   SUPPLEMENTAL record of appeal notice  by Olee Wonzo
Robinson [287-1] consisting of: three volume(s) of
pleadings seven transcript(s) no deposition(s)    sent to
USCA " (pm) [Entry date 03/04/97]

3/20/97   321   ACKNOWLEDGEMENT as to defendant Olee Wonzo Robinson from
USCA of receipt of appeal supplement [320-1] - appeal #
95-1725 (th) [Entry date 03/25/97]

3/25/97   322   ORDER by Judge Stewart Newblatt as to defendant Olee Wonzo
Robinson denying motion for bond pending appeal as to
defendant Olee Wonzo Robinson by Olee Wonzo Robinson
[315-1] (th) [Entry date 04/04/97]

4/24/97   324   NOTICE by plaintiff USA  as to defendant Olee Wonzo
Robinson of destruction of evidence as to defendant Olee
Wonzo Robinson  with proof of mailing (th)
[Entry date 05/12/97]

4/24/97   325   NOTICE by plaintiff USA  as to defendant Olee Wonzo
Robinson of destruction of evidence as to defendant Olee
Wonzo Robinson (th) [Entry date 05/12/97]

4/24/97   326   NOTICE by plaintiff USA  as to defendant Olee Wonzo
Robinson of destruction of evidence as to defendant Olee
Wonzo Robinson (th) [Entry date 05/12/97]

5/16/97   329   OBJECTIONS by defendant Olee Wonzo Robinson  as to
defendant Olee Wonzo Robinson to notice of destruction of
evidence as to defendant Olee Wonzo Robinson by USA
[326-1], notice of destruction of evidence as to defendant
Olee Wonzo Robinson by USA [325-1], notice of destruction
of evidence as to defendant Olee Wonzo Robinson by USA
[324-1] with proof of mailing (th) [Entry date 05/29/97]

5/16/97   329   MOTION by defendant Olee Wonzo Robinson  as to defendant
Olee Wonzo Robinson for injunctive relief as to defendant
Olee Wonzo Robinson with proof of mailing (th)
[Entry date 05/29/97]

6/16/97   331   CERTIFIED copy of order  from USCA dismissing petition for
a writ of mandamus - appeal case # 97-121 - as to defendant
Olee Wonzo Robinson (th) [Entry date 06/24/97]

6/25/97   332   ORDER by Judge Stewart Newblatt as to defendant Olee Wonzo
Robinson declining to issue the injunction and deferring to
Judge O'Meara should defendant apply to him (pm)
[Entry date 07/10/97]

7/7/97   333   APPEAL by defendant Olee Wonzo Robinson  of order [322-1]
to USCA   - FEE: not paid (th) [Entry date 07/28/97]

7/9/97   334   MOTION by defendant Olee Wonzo Robinson  as to defendant
Olee Wonzo Robinson to stay ruling on government's notice
of destruction of evidence with exhibit A and proof of
mailing (th) [Entry date 07/28/97]

7/29/97   335   CERTIFIED copy of appeal notice  by Olee Wonzo Robinson
[333-1] and docket  transmitted to USCA as to defendant
Olee Wonzo Robinson (th) [Entry date 07/28/97]
[Edit date 07/29/97]

7/29/97   336   PROOF of mailing  as to defendant Olee Wonzo Robinson of

notice of appeal and related documents to U.S. Court of
Appeals, Assistant U.S. Attorney Mark Jones and Appellant
Olee Robinson (th) [Entry date 07/28/97]
[Edit date 07/29/97]

7/30/97  337    DESIGNATION of record by plaintiff USA as to defendant Olee
                Wonzo Robinson  for appeal notice  by Olee Wonzo Robinson
                [333-1] (th) [Entry date 08/13/97]

8/18/97  339    ACKNOWLEDGEMENT as to defendant Olee Wonzo Robinson  from
                USCA of receipt of appeal notice  by Olee Wonzo Robinson
                [333-1]   - appeal case # 97-1818 (th) [Entry date 08/27/97]

8/21/97  340    ORDER   by Judge Stewart Newblatt as to defendant Olee
                Wonzo Robinson dismissing as moot motion for new trial for
                Jencks Act violation and for an evidentiary hearing by Olee
                Wonzo Robinson [296-1] (th) [Entry date 08/27/97]

9/2/97   341    MOTION by defendant Olee Wonzo Robinson  as to defendant
                Olee Wonzo Robinson for reconsideration of order [340-1]
                with attachments (pm) [Entry date 09/11/97]

9/11/97  342    ORDER by Judge Newblatt as to defendant Olee Wonzo
                Robinson, deadline for response to motion for
                reconsideration of order [340-1] by Olee Wonzo Robinson
                [341-1] (pm) [Entry date 10/07/97]

9/19/97  343    MOTION by plaintiff USA  as to defendant Olee Wonzo
                Robinson to extend time to 10/10/97 to respond to motion
                for reconsideration with brief & proof of mailing (pm)
                [Entry date 10/07/97]

9/27/97  344    ORDER   by Judge Stewart Newblatt as to defendant Olee
                Wonzo Robinson granting motion to extend time to 10/10/97
                to respond to motion for reconsideration by USA [343-1] (pm)
                [Entry date 10/07/97]

10/6/97  345    NON-CERTIFIED copy of order as to defendant Olee Wonzo
                Robinson  from USCA vacating the district court's order
                denying the motion for new trial without prejudice and
                remanding to the district court for a determination of the
                new trial motion on the merits - appeal case # 95-1725 (th)
                [Entry date 10/27/97]

10/9/97  346    MOTION by plaintiff USA  as to defendant Olee Wonzo
                Robinson to extend time to answer motion for
                reconsideration of order [340-1] by Olee Wonzo Robinson
                [341-1] with brief & proof of mailing (th)
                [Entry date 10/27/97]

10/9/97  347    MOTION by defendant Olee Wonzo Robinson  as to defendant
                Olee Wonzo Robinson to consolidate pending motions for a
                new trial as to defendant Olee Wonzo Robinson with proof
                of mailing (th) [Entry date 10/27/97]

10/23/97 348    RESPONSE by plaintiff USA  as to defendant Olee Wonzo
                Robinson  to motion for reconsideration of order [340-1] by
                Olee Wonzo Robinson [341-1] with brief, attachments and
                proof of mailing (pm) [Entry date 11/13/97]

10/29/97 349    REVISED MOTION by defendant Olee Wonzo Robinson for new
                trial with attachments and proof of mailing (pm)
                [Entry date 11/13/97] [Edit date 11/13/97].

10/30/97 350    MANDATE from USCA  remanding the motion for new trial for

further consideration as to defendant Olee Wonzo Robinson
(pm) [Entry date 11/13/97]

11/5/97   351   ERRATA (Corrected Pages) by defendant Olee Wonzo Robinson
                for motion for new trial by Olee Wonzo Robinson [349-1] (th)
                [Entry date 12/05/97]

12/1/97   352   MOTION by defendant Olee Wonzo Robinson  as to defendant
                Olee Wonzo Robinson for evidentiary hearing on the pending
                motions for new trial and to determine whether the evidence
                is sufficient to sustain the defendant's conviction absent
                the testimony of Bowling and Osborne with proof of mailing
                (th) [Entry date 12/10/97]

12/11/97  353   MOTION by defendant Olee Wonzo Robinson  as to defendant
                Olee Wonzo Robinson for release on bail pending court's
                ruling on defendant's motion for new trial as to defendant
                Olee Wonzo Robinson with brief & proof of mailing (th)
                [Entry date 12/19/97]

12/11/97  354   MOTION by defendant Olee Wonzo Robinson  as to defendant
                Olee Wonzo Robinson to transfer the case to the southern
                division - Detroit for an evidentiary hearing as to
                defendant Olee Wonzo Robinson with exhibits A through C (th)
                [Entry date 12/19/97]

12/12/97  355   MOTION by plaintiff USA  as to defendant Olee Wonzo
                Robinson to extend time to answer motion for new trial by
                Olee Wonzo Robinson [349-1] with brief & proof of mailing
                (th) [Entry date 12/19/97]

12/19/97  356   Copy of LETTER by plaintiff USA to S. Allen Early as to
                defendant Olee Wonzo Robinson (th) [Entry date 01/05/98]

1/5/98    357   LETTER from the Court of Appeals to Judge Newblatt as to
                petition for writ of mandamus as to defendant Olee Wonzo
                Robinson (pm) [Entry date 01/21/98]

1/28/98   358   RECORD of appeal [287-1] returned   from USCA  - appeal
                case # 95-1725 as to defendant Olee Wonzo Robinson
                consisting of three volumes of pleadings and seven volumes
                of transcripts (pm) [Entry date 02/26/98]

2/9/98    359   NON-CERTIFIED copy of order as to defendant Olee Wonzo
                Robinson   from USCA dismissing case [0-0]  - appeal case #
                97-1818  - record not returned (pm) [Entry date 02/26/98]

2/23/98   360   CERTIFIED copy of order  from USCA denying petition for
                writ of mandamus [0-0] - appeal case # 97-2340  - record
                not returned as to defendant Olee Wonzo Robinson (pm)
                [Entry date 03/06/98]

3/2/98    361   MANDATE from USCA dismissing case [0-0]   - appeal case #
                97-1818  - record not returned as to defendant Olee Wonzo
                Robinson (pm) [Entry date 03/06/98]

3/12/98   362   LETTER  by defendant Olee Wonzo Robinson, requesting
                appointment of new Judge by blind draw panel as to
                defendant Olee Wonzo Robinson (pm) [Entry date 03/17/98]

3/20/98   363   ORDER   by Judge Paul V. Gadola as to defendant Olee Wonzo
                Robinson, of appointment of counsel for defendant Olee
                Wonzo Robinson of attorney Margaret S. Raben (pm)
                [Entry date 04/08/98]