UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                       Criminal Case No. 93-CR-50028-04
                                       Civil Case No. 05-CV-40069

v.

                                       HON.  PAUL V. GADOLA
                                       United States District Judge

SHAWN EUGENE WIMBERLY,

                                       HON. STEVEN D. PEPE
                                       United States Magistrate Judge

       Defendant.
_____/

COVER SHEET FOR COPIES OF
EXHIBITS 1, 2, 3, 4, 4A, 8, 9 AND A
ADMITTING DURING EVIDENTIARY HEARING OF MAY 15, 2007

                                  Respectfully submitted,

                                  STEPHEN J. MURPHY
                                  United States Attorney

Dated:  May 15, 2007                  s/ MARK C. JONES
                                  Assistant United States Attorney
                                  210 Federal Building
                                  600 Church Street
                                  Flint, Michigan 48502
                                  Telephone number: (810) 766-5033
                                  Fax number: (810) 766-5427
                                  E-mail: Mark.Jones2@usdoj.gov
                                  P33325