**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**INDEX OF EXHIBITS**

Exhibit          Description

1                Exhibit #1 admitted during Evidentiary Hearing of May 15, 2007

2                Exhibit #2 admitted during Evidentiary Hearing of May 15, 2007

3                Exhibit #3 admitted during Evidentiary Hearing of May 15, 2007

4                Exhibit #4 admitted during Evidentiary Hearing of May 15, 2007

5                Exhibit #4A admitted during Evidentiary Hearing of May 15, 2007

6                Exhibit #8 admitted during Evidentiary Hearing of May 15, 2007

7                Exhibit #9 admitted during Evidentiary Hearing of May 15, 2007

8                Exhibit A admitted during Evidentiary Hearing of May 15, 2007