

GOVERNMENT
EXHIBIT
#1
5-15-07

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **PRESENTENCE INVESTIGATION REPORT** |
| vs. | ) | |
| | ) | **Docket No. 93-CR-50028-FL-04** |
| SHAWN EUGENE WIMBERLY | ) | |

---

**Prepared For:**  The Honorable Paul V. Gadola
United States District Judge

**Prepared By:**  Telisa D. Cureton
United States Probation Officer
(810) 341-7863

<u>Assistant U.S. Attorney</u>
Mark C. Jones
210 Federal Building
600 Church Street
Flint, Michigan 48502
(810) 766-5177

<u>Defense Counsel</u> (Retained)
Ralph H. Richardson
2910 E. Jefferson
Detroit, Michigan  48207
(313) 393-6700

**Sentence Date:**  August 26, 2003, at 2:00 p.m.

**Offense:**  Count 2:  21 U.S.C. § 846, Conspiracy to Distribute Cocaine.

**Penalty Cite:**  Count 2:  21 U.S.C. § 841(b)(1)(A), a Class A felony, 10 years to life imprisonment, at least 5 year term of supervised release, a $4,000,000.00 fine, plus a $50.00 special assessment fee.

**Offense:**  Count 12:  21 U.S.C. § 841(a)(1), Possession With Intent to Distribute Cocaine.

**Penalty Cite:**  Count 12:  21 U.S.C. § 841(b)(1)(C), a Class C felony, 20 years imprisonment, at least 3 year term of supervised release, a $1,000,000.00 fine, plus a $50.00 special assessment fee.

**Offense:**  Count 13: 21 U.S.C. § 841(a)(1), Distribution of Cocaine, and 18 U.S.C. § 2, Aiding and Abetting.

## The Offense Conduct

14. The following information was obtained through a review of the available file material, as well as discussions with the defendant, defense counsel, case agent, and/or the Assistant U.S. Attorney in charge of the prosecution of this case.

15. Codefendant Olee Robinson was the leader and organizer of a large-scale narcotics trafficking organization. He was also involved in distributing false loan documents, illegally structuring financial transactions, and money laundering. According to the government, other members of the conspiracy included Michelle West, Cynthia Horry, Ed Osborne, Anthony Bowling, SHAWN EUGENE WIMBERLY, Darryl Chambers, and Michael Jones.

16. As part of this conspiracy, the government presented evidence that many of the companies set up and used by Olee Robinson and other members of the conspiracy were only in existence to assist in their illegal activities. These businesses included Nightingale, Heart, Goldberg and Associates; Nightingale Corporation; Detroit Automotive; and Leasing Unlimited. This conspiracy was also involved in the laundering of large amounts of cash.

17. During the time frame of 1987 until May 1993, SHAWN EUGENE WIMBERLY conspired and agreed with Olee Wonzo Robinson and other persons based in Detroit, Michigan; Flint, Michigan; Los Angeles, California; and elsewhere to assist one another in the distribution of over 15 kilograms of powder cocaine. During this time frame, SHAWN EUGENE WIMBERLY made trips to California to acquire kilograms of cocaine from sources he developed in that city for Olee Robinson and others, returning with the cocaine to Michigan so that the cocaine could be sold and distributed in Michigan.

18. On February 12, 1993, officer Steven Jaworski of the City of Westland Police Department stopped the defendant in a leased vehicle. The defendant provided to the officer his driver's license. Officer Jaworski learned that there was an open paternity warrant for WIMBERLY. As the officer reapproached the defendant's vehicle, WIMBERLY sped away and a chase ensued. During the chase, the defendant threw at least five kilograms of cocaine out of the vehicle. It was thrown in full view of off-duty officer Gregory Hill of

the Inkster Police Department, who was walking out of a house. While the cocaine was retrieved, the defendant abandoned the leased vehicle and evaded arrest.

19. In March of 1993, cooperating witness Edward Osborne, flew to LAX in Los Angeles, California and met with WIMBERLY in apartment C-202 at the Oakwood Corporate Apartments in Marina Del Rey. The apartment was rented in the name of Olee Robinson's front company, Nightingale, Hart, Goldberg, and Associates. During discussions between Robinson and Olee, there was hope expressed that WIMBERLY would provide as many as 10 kilograms of cocaine during a trip to Los Angeles on March 1 and 2, 1993. Instead, WIMBERLY provided a kilogram of cocaine to Osborne at the apartment in California. He explained that other cocaine had been shipped back to Michigan. The cocaine was checked at the LAX counter for the baggage department of the airplane. Osborne and WIMBERLY flew back to Detroit-Metro Airport. At Detroit-Metro Airport, Osborne went to acquire a car. WIMBERLY, who was intending to retrieve the cocaine from the baggage belt, became suspicious of a task force officer assigned to the surveillance of the bag. WIMBERLY decided to abandon the baggage and left the airport.

20. SHAWN EUGENE WIMBERLY was a fugitive for approximately 10 years. WIMBERLY, using the false name of Darryl Chandler was arrested with other persons on September 3, 2002, while in Pheonix, Arizona. Surveillance identified WIMBERLY entering a room which contained $291,476.00 in cash and a small amount of marijuana. Both of these items were hidden in a duffel bag inside of a dryer.

21. As the defendant is being detained, Pretrial Services did not have an adjustment to report.

