GOVERNMENT
EXHIBIT
#8

5-15-07

Hey RAlph,                                                    7-28-04

What's going on, I need to find out Something on how to due this appeal that I would like ~~~~ to put in with this New Laws the Blakely Case And everything. did you Appeal what I Ask you to do when I was in milan Right. I have up to a year to Appeal So tell me this Theirs Know Way that GAtala shouldve Rule against that motion. I've been reading alot on my CASe and their was Alot of mistakes in the CAse But I need to get my transcipts for the Court And Start working on getting myself outta here Brother, either you with me or not, this CAse was real weak, there's Know Way en hell I should be in here But It's all good if you CAn help me I would appreciate it very much get Back With me ASAP I don't Have No more minutes on my phone until next month.

                                        Yours Truely
                                          Shawn