APPEAL, APPEAL, APPEAL

# U.S. District Court
## Eastern District of Michigan (Flint)
## CRIMINAL DOCKET FOR CASE #: 4:93-cr-50028-PVG-4

Case title: USA v. Robinson, et al                    Date Filed: 05/03/1993

Assigned to: Judge Paul V.
Gadola

```
GOVERNMENT
EXHIBIT
# 9
5-15-07
```

**Defendant**

**Shawn Eugene Wimberly** (4)          represented by   **Ralph H. Richardson**
*TERMINATED: 03/01/2004*                              Stone & Richardson
                                                      2910 E. Jefferson Avenue
                                                      Detroit, MI 48207-4208
                                                      313-393-6700
                                                      Email: r_richardson@comcast.net
                                                      *LEAD ATTORNEY*
                                                      *Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:841(a)(1), 841(b)(1)(A) and 846 CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES (2ss) | IMPRISONMENT: 127 MONTHS; SUPERVISED RELEASE: 5 YEARS; SPECIAL ASSESSMENT: 50.00 |
| 21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE COCAINE, SCH II (12ss) | IMPRISONMENT: 127 MONTHS; SUPERVISED RELEASE: 3 YEARS; SPECIAL ASSESSMENT: 50.00 |
| 21:841, 18:2 DISTRIBUTION OF COCAINE, SCH II AND AIDING AND ABETTING (13ss) | IMPRISONMENT: 127 MONTHS; SUPERVISED RELEASE: 4 YEARS; SPECIAL ASSESSMENT: 50.00 |

**Highest Offense Level
(Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 21:841(a)(1), 841(b)(1)(A) and 21:846 CONSPIRACY TO | |

| | |
|---|---|
| DISTRIBUTE CONTROLLED SUBSTANCES (1) | Disposed of at Sentencing |
| 21:841(a)(1), 841(b)(1)(A) and 846 CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES (2) | Disposed of at Sentencing |
| 21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE COCAINE, SCH II (11) | Disposed of at Sentencing |
| 21:841(a)(1) DISTRIBUTION OF COCAINE, SCH II (12) | Disposed of at Sentencing |
| 21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE COCAINE, SCH II (12s) | Disposed of at Sentencing |
| 21:841(a)(1), 18:2 DISTRIBUTION OF COCAINE, AIDING AND ABETTING (13s) | Disposed of at Sentencing |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **Mark C. Jones** U.S. Attorney's Office (Flint) 600 Church Street Suite 210 Flint, MI 48502-1280 810-766-5177 Email: mark.jones2@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/1993 | 1 | PETITION by plaintiff USA to seal Indictment (actually filed 3/19/93 and unsealed 5/3/93) (pm) Modified on 05/12/1993 (Entered: 05/12/1993) |
| 05/03/1993 | 4 | PETITION and order by Magistrate Judge Marc L. Goldman, sealing Superseding Indictment (filed 4/30/93) (pm) (Entered: 05/12/1993) |
| 05/03/1993 | 5 | PETITION and order by Magistrate Judge Paul J. Komives, unsealing Indictment (filed on 5/5/93 but signed by Magistrate Judge Komives 5/3/93) (pm) (Entered: 05/12/1993) |
| 05/03/1993 | 6 | SUPERSEDING indictment against Olee Wonzo Robinson (1) count(s) 1s, 2s, 3s, 6s, 8s, 9s, 10s, Michelle West (2) count(s) 1, 2, 4, 5, Cynthia L. Horry (3) count(s) 1, 2, 7, Shawn Eugene Wimberly (4) count(s) 1, 11, 12 (pm) (Entered: 05/12/1993) |
| 05/03/1993 | 7 | WARRANT for arrest issued as to defendant Olee Wonzo Robinson, defendant Michelle West, defendant Cynthia L. Horry, defendant Shawn Eugene Wimberly (with Request for Warrant upon Indictment) warrants were actually issued and requested 4/30/93 (pm) (Entered: 05/12/1993) |
| 06/25/1993 | 63 | SUPERSEDING indictment against Olee Wonzo Robinson (1) count(s) 1ss, 2ss, 3ss, 4ss, 7ss, 9ss-10ss, 11ss, 13ss, 14ss (pm) (Entered: 06/30/1993) |
| 06/25/1993 | 63 | SUPERSEDING indictment against Michelle West (2) count(s) 2s, 3s, 5s, 6s, Cynthia L. Horry (3) count(s) 2s, 3s, 8s, Shawn Eugene Wimberly (4) count(s) 2, 12s, 13s (pm) (Entered: 06/30/1993) |
| 09/03/1993 | 104 | MOTION by movant Edward Dupree Osborne to withdraw attorney Martin E. Crandall for Edward Dupree Osborne [104-1] with brief & proof of mailing (removed from file and placed in 93x40514) (pm) Modified on 03/22/1995 (Entered: 09/27/1993) |
| 09/03/1993 | | D.E. 105 was a CJA appointment of a material witness and was removed from this file at the time of removing the material witness from this case as a movant and assigning a miscellaneous number to the CJA voucher. SEE FILE NUMBER 93X40514 (pm) (Entered: 03/22/1995) |
| 09/20/1993 | 106 | APPOINTMENT of attorney Scott Keillor on behalf of Anthony Bowling, material witness Voucher # 0416257 (pm) (Entered: 09/27/1993) |
| 11/05/1993 | 130 | SUPERSEDING indictment against Olee Wonzo Robinson (1) count(s) 1sss, 2sss, 3sss, 4sss, 7sss, 9sss, 10sss, 11sss, 13sss, 14sss, Michelle West (2) count(s) 2ss, 3ss, 5ss, 6ss, Cynthia L. Horry (3) count(s) 2ss, 3ss, 8ss, Shawn Eugene Wimberly (4) count(s) 2ss, 12ss, 13ss (pm) (Entered: 11/16/1993) |
| 11/08/1993 | 131 | JURY list (lt) (Entered: 11/17/1993) |

| | | |
|---|---|---|
| 11/09/1993 | | EVIDENTIARY hearing begun and continued as to Defendant West's motion to dismiss indictment to 11/10/93 - Judge Stewart Newblatt - Court Reporter: T. Hallwood (th) (Entered: 12/13/1993) |
| 11/10/1993 | | Text not available. (Entered: 12/13/1993) |
| 11/10/1993 | | Text not available. (Entered: 12/13/1993) |
| 11/10/1993 | | Text not available. (Entered: 12/13/1993) |
| 04/20/1994 | 188 | AUTHORIZATION and voucher for payment of transcript for Jerry Curtis Davis. (cd) (Entered: 04/21/1994) |
| 04/25/1994 | 189 | SUPPLEMENTAL brief by plaintiff USA motion regarding sentencing guidelines and requesting upward departure as to defendant Cynthia L. Horry by USA [166-1] with attachments (pm) (Entered: 04/25/1994) |
| 05/25/1994 | 205 | SUPPLEMENTAL brief by plaintiff USA motion regarding guidelines as to defendant Michelle West by USA [190-1] (pm) (Entered: 05/31/1994) |
| 05/25/1994 | | Text not available. (Entered: 06/01/1994) |
| 05/25/1994 | | Text not available. (Entered: 06/01/1994) |
| 04/29/1995 | 280 | AUTHORIZATION of payment to attorney Scott Keillor in the amount of $171.00 for representing material witness Anthony Bowling under Voucher # 0416257 (pm) (Entered: 05/18/1995) |
| 09/30/1996 | | ORDER reassigning case from Judge Stewart Newblatt to Judge Unassigned as to defendant Shawn Eugene Wimberly (ORAL ORDER) (pm) (Entered: 10/04/1996) |
| 06/08/1998 | 395 | PROOF of mailing of Petitioner's Reply to Answer and Brief in Response to Petitioner's Motion Under 28 USC 2255 (pm) (Entered: 06/17/1998) |
| 06/11/1998 | 397 | PROOF of mailing of Petitioner's Reply to Answer and Brief in Response to Petitioner's Motion Under 28 USC 2255 (pm) (Entered: 06/17/1998) |
| 06/19/1998 | 400 | SUPPLEMENT by plaintiff USA in support of motion response by USA as to Michelle West [387-1], [386-1] with proof of mailing (pm) (Entered: 06/23/1998) |
| 06/19/1998 | 402 | SUPPLEMENTAL brief by plaintiff USA to motion response by USA [391-1] with attachments and proof of mailing (pm) (Entered: 06/23/1998) |
| 08/13/1998 | 415 | SUPPLEMENT by plaintiff USA to answer by USA [412-1] (th) (Entered: 08/17/1998) |
| 08/13/1998 | 416 | SUPPLEMENT by plaintiff USA to answer by USA [411-1] (th) (Entered: 08/17/1998) |
| 12/01/1998 | 426 | SUPPLEMENTAL brief by plaintiff USA as to Michelle West with proof of mailing (pm) (Entered: 12/02/1998) |
| 12/01/1998 | 427 | SUPPLEMENTAL brief by plaintiff USA regarding Olee Robinson with |

| | | |
|---|---|---|
| | | proof of mailing (pm) (Entered: 12/02/1998) |
| 12/14/1998 | 433 | PROOF of mailing of Defendant's stipulation and order to stay proceedings (pm) (Entered: 12/28/1998) |
| 09/15/1999 | 463 | LETTER, from the Court of Appeals to Judge Gadola regarding petition for writ of mandamus (pm) (Entered: 09/20/1999) |
| 09/11/2000 | 474 | Copy of LETTER from U.S. Supreme Court to the USCA stating that the petition for a writ of certiorari was filed 8/4/00 (dw) (Entered: 09/12/2000) |
| 12/01/2000 | 482 | SUPPLEMENT by plaintiff USA to motion response by USA [477-1] with exhibits 1 through 7 and proof of mailing (th) (Entered: 12/04/2000) |
| 09/16/2002 | 488 | RECORD received from USDC/Arizona as to defendant Shawn Eugene Wimberly (pm) (Entered: 09/17/2002) |
| 09/19/2002 | 489 | APPEARANCE for defendant Shawn Eugene Wimberly of attorney Ralph H. Richardson with notice of appearance and proof of service (pm) (Entered: 09/19/2002) |
| 10/04/2002 | | INITIAL appearance by defendant Shawn Eugene Wimberly (4) count(s) 2ss, 12ss, 13ss before Magistrate Judge Wallace Capel Jr., setting detention hearing for 2:00 10/10/02 for Shawn Eugene Wimberly - D/Atty: Ralph Richardson - Retained - AUSA: Mark Jones - Tape # cr 02-18 (pp) (Entered: 10/04/2002) |
| 10/04/2002 | | ARRAIGNMENT begun and continued to 2:00 10/10/02 for Shawn Eugene Wimberly - Magistrate Judge Wallace Capel Jr. - D/Atty: Ralph Richardson - AUSA: Mark Jones - Tape #: cr 02-18 (pp) (Entered: 10/04/2002) |
| 10/07/2002 | 490 | WARRANT for arrest returned executed by DUSM Sutherland on 9/6/02 as to defendant Shawn Eugene Wimberly (pm) (Entered: 10/09/2002) |
| 10/09/2002 | 491 | PRETRIAL scheduling order by Judge Paul V. Gadola as to defendant Shawn Eugene Wimberly - setting criminal jury trial for 9:00 11/25/02 for Shawn Eugene Wimberly (pm) (Entered: 10/10/2002) |
| 10/10/2002 | | ARRAIGNMENT concluded, plea of not guilty entered by Shawn Eugene Wimberly (4) count(s) 13ss, 12ss, 2ss - Magistrate Judge Wallace Capel Jr. - D/Atty: Ralph Richardson - AUSA: Mark Jones - Tape #: cr 02-20 (pp) (Entered: 10/11/2002) |
| 10/10/2002 | | DETENTION hearing held as to defendant Shawn Eugene Wimberly Disposition: BOND DENIED - Magistrate Judge Wallace Capel Jr. D/Atty: Ralph Richardson AUSA: Mark Jones Tape #: cr 02-20 (pp) (Entered: 10/11/2002) |
| 10/11/2002 | 492 | ACKNOWLEDGMENT by defendant Shawn Eugene Wimberly of third superseding indictment [130-1] (pm) (Entered: 10/16/2002) |
| 10/11/2002 | 493 | ORDER by Magistrate Judge Wallace Capel Jr. as to defendant Shawn Eugene Wimberly, of detention pending trial [EOD Date 10/16/02] (pm) |

| | | (Entered: 10/16/2002) |
|---|---|---|
| 10/25/2002 | 495 | TRANSCRIPT as to defendant Shawn Eugene Wimberly taken on 10/10/02 of arraignment/detention hearing before Magistrate Judge Capel (pm) (Entered: 10/25/2002) |
| 11/05/2002 | 496 | ORDER by Judge Paul V. Gadola with stipulation as to defendant Shawn Eugene Wimberly, setting deadline for filing motion to dismiss for 11/8/02 , setting deadline for answer to motion to dismiss for 11/22/02 [EOD Date: 11/7/02] (dw) (Entered: 11/07/2002) |
| 11/08/2002 | 497 | MOTION by defendant Shawn Eugene Wimberly to dismiss with brief and proof of service (pm) (Entered: 11/18/2002) |
| 11/14/2002 | 498 | NOTICE as to defendant Shawn Eugene Wimberly of setting hearing on motion to dismiss by Shawn Eugene Wimberly [497-1] for 2:00 1/3/03 for Shawn Eugene Wimberly (pm) (Entered: 11/18/2002) |
| 11/14/2002 | 499 | ORDER by Judge Paul V. Gadola with stipulation determining excludable delay as to defendant Shawn Eugene Wimberly and, setting criminal jury trial for 9:00 1/21/03 for Shawn Eugene Wimberly (pm) (Entered: 11/21/2002) |
| 11/21/2002 | 506 | RESPONSE by plaintiff USA as to defendant Shawn Eugene Wimberly to motion to dismiss by Shawn Eugene Wimberly [497-1] with brief and attachments (pm) Modified on 11/26/2002 (Entered: 11/22/2002) |
| 01/03/2003 | | MOTION hearing adjourned as to defendant Shawn Eugene Wimberly on motion to dismiss by Shawn Eugene Wimberly [497-1] to 2:00 2/5/03 for Shawn Eugene Wimberly - Judge Paul V. Gadola (rc) (Entered: 01/03/2003) |
| 01/15/2003 | 527 | ORDER by Judge Paul V. Gadola with stipulation determining excludable delay as to defendant Shawn Eugene Wimberly and, adjourning criminal jury trial for 9:00 2/24/03 and adjourn hearing on motion to dismiss by Shawn Eugene Wimberly [497-1] for 2:00 2/5/03 (pm) (Entered: 01/16/2003) |
| 02/12/2003 | 528 | ORDER by Judge Paul V. Gadola with stipulation as to defendant Shawn Eugene Wimberly, setting excludable and adjourning criminal jury trial for 9:00 3/24/03 for Shawn Eugene Wimberly , adjourning hearing on motion to dismiss by Shawn Eugene Wimberly [497-1] for 9:00 2/27/03 for Shawn Eugene Wimberly [EOD Date: 2/21/03] (pm) (Entered: 02/21/2003) |
| 02/13/2003 | 529 | JURY selection procedure in criminal cases as to defendant Shawn Eugene Wimberly (pm) (Entered: 02/21/2003) |
| 02/27/2003 | | EVIDENTIARY hearing held as to defendant Shawn Eugene Wimberly on motion to dismiss by Shawn Eugene Wimberly [497-1] - disposition: taken under advisement - Judge Paul V. Gadola - Court Reporter: Jennifer Chase (pm) (Entered: 02/28/2003) |
| 03/06/2003 | 538 | TRANSCRIPT as to defendant Shawn Eugene Wimberly taken on |

| | | |
|---|---|---|
| | | 2/27/03 of motion hearing before JUdge Gadola (pm) (Entered: 03/06/2003) |
| 03/13/2003 | 541 | ORDER by Judge Paul V. Gadola with stipulation determining excludable delay as to defendant Shawn Eugene Wimberly and, resetting criminal jury trial for 9:00 4/28/03 for Shawn Eugene Wimberly (pm) (Entered: 03/14/2003) |
| 03/13/2003 | 542 | MEMORANDUM opinion and order by Judge Paul V. Gadola as to defendant Shawn Eugene Wimberly denying motion to dismiss by Shawn Eugene Wimberly [497-1] [EOD Date: 3/14/03] (pm) (Entered: 03/14/2003) |
| 03/14/2003 | 543 | EXHIBITS filed by plaintiff USA admitted during evidentiary hearing held 2/27/03 [0-0] (pm) (Entered: 03/14/2003) |
| 04/07/2003 | 550 | NOTICE by plaintiff USA of government's intent to offer evidence as to defendant Shawn Eugene Wimberly with attachment and proof of service (pm) (Entered: 04/08/2003) |
| 04/16/2003 | 551 | ORDER by Judge Paul V. Gadola with stipulation as to defendant Shawn Eugene Wimberly, regarding juror names, qualification forms, and cards as to defendant Shawn Eugene Wimberly [EOD Date: 4/18/03] (pm) (Entered: 04/18/2003) |
| 04/22/2003 | 553 | PROPOSED JURY instructions filed by AUSA as to defendant Shawn Eugene Wimberly (pm) (Entered: 04/24/2003) |
| 04/25/2003 | 557 | ORDER by Judge Paul V. Gadola as to defendant Shawn Eugene Wimberly, adjourning criminal jury trial for 8:00 4/30/03 for Shawn Eugene Wimberly [EOD Date 4/29/03] (pm) (Entered: 04/29/2003) |
| 06/18/2003 | 562 | NOTICE as to defendant Shawn Eugene Wimberly of resetting sentencing for 2:00 8/26/03 for Shawn Eugene Wimberly (pm) (Entered: 06/19/2003) |
| 08/19/2003 | 565 | NOTICE as to defendant Shawn Eugene Wimberly of setting sentencing for 2:00 9/16/03 for Shawn Eugene Wimberly (th) (Entered: 08/19/2003) |
| 09/08/2003 | 567 | ORDER by Judge Paul V. Gadola with stipulation as to defendant Shawn Eugene Wimberly, adjourning sentencing for 2:00 1/20/04 for Shawn Eugene Wimberly [EOD Date: (pm) (Entered: 09/17/2003) |
| 01/13/2004 | 568 | ORDER by Judge Paul V. Gadola with stipulation as to defendant Shawn Eugene Wimberly, adjourning sentencing until 2:00 2/26/04 for Shawn Eugene Wimberly [EOD Date: (pm) (Entered: 01/13/2004) |
| 02/26/2004 | | Minute Entry for proceedings held before Honorable Paul V Gadola : Sentencing held as to Shawn Eugene Wimberly. (Court Reporter: Jennifer Chase) (Tape #: 04-041) (Defendant Attorney: Ralph Richardson) (AUSA: Mark C. Jones) (RCho, ) (Entered: 02/27/2004) |
| 03/01/2004 | 569 | JUDGMENT as to Shawn Eugene Wimberly. Signed by Judge Paul V Gadola. (THal, ) (Entered: 03/04/2004) |
| 06/29/2004 | 575 | Judgment Returned Executed as to Shawn Eugene Wimberly on 6/16/04. |

| | | |
|---|---|---|
| | | (DWor, ) (Entered: 06/29/2004) |
| 11/02/2004 | 579 | ORDER denying 578 Motion for Extension of Time to File as to Shawn Eugene Wimberly (4). Signed by Honorable Paul V Gadola. (RCho, ) (Entered: 11/04/2004) |
| 11/03/2004 | 578 | MOTION for Extension of Time to File a Late Notice of Appeal by Shawn Eugene Wimberly. (THal, ) (Entered: 11/03/2004) |
| 02/28/2005 | 593 | MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 05-40069) by Shawn Eugene Wimberly. (PMil, ) (Entered: 03/01/2005) |
| 04/20/2005 | 597 | ORDER FOR ANSWER re 593 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 05-40069.) filed by Shawn Eugene Wimberly. Signed by Honorable Paul V Gadola. (RCho, ) (Entered: 04/20/2005) |
| 04/26/2005 | 598 | PETITION AND ORDER TO UNSEAL RULE 11 PLEA AGREEMENT as to Shawn Eugene Wimberly. Signed by Honorable Paul V Gadola. (RCho, ) (Entered: 04/26/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/02/2005 10:51:47 | | |
| **PACER Login:** us9040 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 4:93-cr-50028-PVG |
| **Billable Pages:** 5 | **Cost:** | 0.40 |