# FILED

NOV 0 3 2004

U.S. DISTRICT COURT
FLINT, MICHIGAN

10-20-04   93-50028

Honorable : Paul V. Gadola

My name is Shawn Wimberly # 47720008
I was sentenced By you on February 26, 2004 at
the time I advised my lawyer Ralph Richardson
that I would like to appeal my Sentence.
He told me that he was going to appeal to the
Courts ASAP, then I called Mr. Richardson to
discuss my appeal he told me he didn't
appeal as I requested him to. I'm placed
at FCI-Elkton Ohio, I'm asking the Court
to file notice of appeal on my Behalf Pursuant
To Fed Rule appellate Procedure Rule 4-B-.

Thank you very much
Shawn Wimberly
Shawn Wimberly #47720008

