**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**INDEX OF EXHIBITS**

Exhibit          Description

1                Exhibit #1 admitted during Evidentiary Hearing of May 15, 2007
                 (Excerpt of Presentence Investigation Report)

2                Exhibit #2 admitted during Evidentiary Hearing of May 15, 2007
                 (Wimberly Motion Under 28 U.S.C. § 2255)

3                Exhibit #3 admitted during Evidentiary Hearing of May 15, 2007
                 (Rule 11 Plea Agreement filed in *U.S. Shawn Eugene Wimberly,* 93-CR-50028)

4                Exhibit #4 admitted during Evidentiary Hearing of May 15, 2007
                 (Excerpt of transcript of Plea hearing held on April 28, 2003)

5                Exhibit #4A admitted during Evidentiary Hearing of May 15, 2007
                 (Addendum to Presentence Report dated September 4, 2003)

6                Exhibit #8 admitted during Evidentiary Hearing of May 15, 2007
                 (Letter written by Shawn Wimberly dated July 28, 2004)

7                Exhibit #9 admitted during Evidentiary Hearing of May 15, 2007
                 (Criminal docket sheet in *U.S. v. Shawn Eugene Wimberly*, 93-CR-50028)

8                Exhibit A admitted during Evidentiary Hearing of May 15, 2007
                 (Letter written by Shawn Wimberly dated October 20, 2004)